**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

PEGGY HARLEY et al

Plaintiff

**CLAIM**
**(COMPLAINT)**

**-against-**

**JURY TRIAL: YES**

18CV9528

STREAMLICENSING NETWORKS LLC, SHOUTCHEAP INVESTMENT GROUP INCORPORATED, ANTHONY HERNANDEZ, IO2 MEDIA, PAUL MERRELL, CARLOS J. RIVERA, STARDOME DIGITAL MEDIA LLC., STARDOME MEDIA GROUP LLC., NATIONAL ASSOCIATION OF DIGITAL BROADCASTERS LLC. (NADB), GODADDY INCORPORATED, INTERNET RADIO UNIFORM CALLSIGN, (IRUC) ANN NESBY, SHANCHIE RECORDS, IT'S TIME CHILD RECORDS LLC, LABOR FORCE MANAGEMENT, JUSTIN O.COOPER, JOC MEDIA, ROOSEVELT GEORGE, TIMOTHY W. LEE, MR. PERRY MUSIC PUBLISHING, STILL SMALL VOICE PUBLISHING, SHANACHIE ENTERTAINMENT CORPORATION, MICHAEL SOSANIA, ACCESS SELF STORAGE, ACCESS MANAGEMENT COMPANY, CALVERY CHRISTIAN FELLOWSHIP OF CUMBERLAND INCORPORATED, EHOST LLC., ENDURANCE INTERNATIONAL GROUP, MICHAEL KRAINES, HEIRS AND ASSIGNEES OF PARTIES BOTH INDIVIDUAL AND CORPORATE

Defendants,

---

**I. Parties in this complaint:**

| | |
|---|---|
| **A. Plaintiff** | PEGGY HARLEY C/O<br>4602 21st Street<br>P.O. BOX DIVISION 1545<br>Long Island City, New York 11101 |
| B. Defendant No. 1 | STREAMLICENSING NETWORK LLC.<br>8815 Conroy- Windermere RD #181<br>Orlando FL, 32835 |
| Defendant No. 2 | SHOUTCHEAP INVESTMENT GROUP INCORPORATED<br>8709 SHELDON CREEEK BLVD<br>TAMPA FLORIDA 33615 |
| Defendant No. 3 | Anthony M. Hernandez - Florida (In his individual capacity) |
| Defendant No. 4 | Oi2 MEDIA CORPORATION - Florida |
| Defendant No. 5 | PAUL MERRELL - CALIFORNIA ( in his individual capacity) |
| Defendant No. 6 | Carlos J. Rivera ( in his individual capacity) Florida |
| Defendant No. 7 | STARDOME DIGITAL MEDIA LLC<br>8815 Conroy- Windermere RD #181<br>Orlando FL, 32835 |
| Defendant No. 8 | STARDOME MEDIA GROUP LLC.<br>8815 Conroy- Windermere RD #181<br>Orlando FL, 32835 |
| Defendant No. 9 | NATIONAL ASSOCIATION OF DIGITAL BROADCASTERS LLC . California (NADB) |
| Defendant No. 10 | GODADDY INC. (Incorporated in Delaware uses Arizona as a headquarters ) |

| | |
|---|---|
| Defendant No. 11 | INTERNET RADIO UNIFORM CALLSIGN Canada California operating on the world wide web)<br>IRUC Administration Centre<br>1918 Boulevard Saint Regis<br>Dorval QC H9P 1H6<br>Canada |
| Defendant No. 12 | Ann Nesby<br>145 EDINBURGH CT.<br>Atlanta, Georgia |
| Defendant No 13. | SHANACHIE RECORDS<br>37 E. Clinton Street<br>Newtown, New Jersey 07860 |
| Defendant No. 14 | IT'S TIME CHILD RECORDS LLC, |
| Defendant No. 15 | LABOR FORCE MANAGEMENT<br>1200 Highway 74 south<br>Peachtree City, GA 30269 |
| Defendant No. 16 | JUSTIN O.COOPER |
| Defendant No. 17 | JOC MEDIA |
| Defendant No. 18 | ROOSEVELT GEORGE |
| Defendant No. 19 | TIMOTHY LEE, |
| Defendant No. 20 | MR. PERRY MUSIC PUBLISHING |
| Defendant No. 21 | STILL SMALL VOICE PUBLISHING |
| Defendant No. 22 | SHANACHIE ENTERTAINMENT CORPORATION<br>37 E. Clinton Street<br>Newtown, New Jersey 07860 |
| Defendant No. 23 | MICHAEL SOSANIA<br>NEW JERSEY |

| | |
|---|---|
| Defendant No. 24 | ACCESS SELF STORAGE . dba (ACCESS SELF STORAGE )<br>208 Gates Road<br>Little Ferry, New Jersey 07643 Soraya Gomez |
| Defendant No. 25 | ACCESS MANAGEMENT CORPORATION. dba (ACCESS SELF STORAGE )<br>208 Gates Road<br>Little Ferry, New Jersey 07643 Soraya Gomez |
| Defendant No. 26 | CALVARY CHRISTIAN FELLOWSHIP OF CUMBERLAND INCORPORATED |
| Defendant No. 27 | EHOST LLC., |
| Defendant No. 28 | ENDURANCE INTERNATIONAL GROUP |
| Defendant No. 29 | MetroPCS |
| Defendant No. 30 | Michael Kraines<br>Chicago Illinois |

**II. Basis for jurisdiction:**

**A. What is the basis for Federal Court jurisdiction ?**

The basis for Federal Court jurisdiction is both Federal Questions and Diversity of Citizenship.

**B. If the basis for jurisdiction is Federal Question, What Federal Constitutional, Statutory or Treaty Right is at issue?**

The court has jurisdiction over this action because it arises under Federal Constitutional, Statutory and Treaty Rights **28 U.S.C. 1331**, **28 U.S.C. 1332** the Court's diversity jurisdiction, **28 U.S.C. 1654** (Containing all Federal Laws) ; with a substantial portion of this complaint being brought under the Federal Copyright Act of 1976, **17 U.S.C. 101** And **1968 (Cth) ("the Copyright Act")**, Conversion law, Intentional Infliction of Emotional distress, Tortious Interference,

Damages, Unjust Enrichment, Interference with Business Relationships, Emotional Distress, Statutory damages, Access, Freedom of Speech, Freedom of religion, Five freedoms, Right to pursue happiness, Identity theft, interference with Commerce, Aggravated online assault, Online Bullying, Cyber aggravated harassment, Conspiracy, Organized crime, Treason, Aiding abetting and facilitating a crime, Mail Tampering, Forgery, Cell phone tampering and Tapping, invasion of privacy, Computer Tracking, Computer invasion, Stalking, illegal Surveillance , Electro Magnetic Frequency Laser and Gas Harassment, disturbing peace and quiet enjoyment, white collar crime, Breach Of Contract, Fraud and Theft . The Federal court is also endowed with the power to grant Injunctive relief, Declaratory Judgements, Attorney's Fees, Reimbursement, all of which I am beseeching the court to grant in addition to all other remedies it can provide.

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship for each party

**Plaintiff's state of citizenship** - Peggy Harley Long Island City, New York

**Defendants states of citizenship**

Defendants operate multiple websites, with respect to (their " Service Mark"), including those that use the .org and .com generic top level domains, to conduct their business and communicate with their citizens, and others in the USA and oversea with the principal Universal Resource Locator being their websites.

Defendant No. 1 STREAMLICENSING NETWORK LLC.
Orlando FL, 32835

Defendant No. 2 SHOUTCHEAP INVESTMENT GROUP INCORPORATED
TAMPA FLORIDA 33615

| | |
|---|---|
| Defendant No. 3 | Anthony M. Hernandez - Florida (In his individual capacity) |
| Defendant No. 4 | Oi2 MEDIA CORPORATION - Florida |
| Defendant No. 5 | PAUL MERRELL - CALIFORNIA ( in his individual capacity) |
| Defendant No. 6 | Carlos J. Rivera ( in his individual capacity) Florida |
| Defendant No. 7 | STARDOME DIGITAL MEDIA LLC<br>Orlando FL, 32835 |
| Defendant No. 8 | STARDOME MEDIA GROUP LLC.<br>Orlando FL, 32835 |
| Defendant No. 9 | NATIONAL ASSOCIATION OF DIGITAL BROADCASTERS LLC . California<br>NADB) |
| Defendant No. 10 | GODADDY INC, (Incorporated in Delaware uses Arizona as a<br>headquarters ) |
| Defendant No. 11 | INTERNET RADIO UNIFORM CALLSIGN Canada California<br>operating on the world wide web)<br>IRUC Administration Centre<br>1918 Boulevard Saint Regis<br>Dorval QC H9P 1H6<br>Canada |
| Defendant No. 12 | Ann Nesby<br>Atlanta, Georgia |
| Defendant No 13. | SHANACHIE RECORDS<br>New Jersey |
| Defendant No. 14 | IT'S TIME CHILD RECORDS LLC,<br>Georgia |

| | |
|---|---|
| Defendant No. 15 | LABOR FORCE MANAGEMENT<br>Georgia |
| Defendant No. 16 | JUSTIN O.COOPER<br>California |
| Defendant No. 17 | JOC MEDIA |
| Defendant No. 18 | ROOSEVELT GEORGE<br>Minneapolis, Minnesota |
| Defendant No. 19 | TIMOTHY LEE,<br>Georgia |
| Defendant No. 20 | MR. PERRY MUSIC PUBLISHING |
| Defendant No. 21 | STILL SMALL VOICE PUBLISHING |
| Defendant No. 22 | SHANACHIE ENTERTAINMENT CORPORATION |
| Defendant No. 23 | MICHAEL SOSANIA<br>NEW JERSEY |
| Defendant No. 24 | SHANACHIE ENTERTAINMENT RECORDS<br>New Jersey |
| Defendant No. 25 | ACCESS MANAGEMENT CORPORATION. dba (ACCESS SELF STORAGE )<br>New Jersey |
| Defendant No. 26 | CALVERY CHRISTIAN FELLOWSHIP OF CUMBERLAND INCORPORATED, Maryland |
| Defendant No. 27 | EHOST LLC., |
| Defendant No. 28 | ENDURANCE INTERNATIONAL GROUP |
| Defendant No. 29 | MetroPCS |
| Defendant No. 30 | Michael Kraines |

Chicago, Illinois

**III. Statement of Claim**

To prove that the defendants willfully conspired to harm,destroy, and intentionally steal my assets; stopping commerce.

**A. Where did the events giving rise to your claim(s) occur?**

The events giving rise to my claims began in New York City, Long Island City, New York, on the premises of Bass Productions in Jamaica, New York, and on the World Wide Web.

**B. what date and approximate time did the events giving rise to your claim(s) occur ?**

The approximate date and time giving rise to my claims began on or about the Afternoon of August 7, 2016

**C. Facts and Related Background History**

**1.** My name is Peggy Harley, I am a civilian non- combatant "national", fully cognizant flesh and blood living being. I am a Singer/Songwriter/Producer and Public Speaker who has worked in the Music Industry writing, arranging, vocal contracting and singing background for several of Bill Boards greatest artist as well as performing with my own band. For a few years I was employed at the United States Postal Service also.

**2.** Since my appearance Pro Se in the United States District Court Southern District Of New York in the action **08 Civ 5791 (KBF) (WJP) (HBP)** Peggy Harley V. Ann Nesby, Shanachie Records, Vaughn Harper et al, I have experienced much hardship and greater escalation and violation of my Constitutional and Civil Rights, which is a related by-product of the Action 08 CIV 5791 giving rise to my present claim. I therefore present a number of issues which have occurred that prove that the crimes stated in this claim are not a series of random acts, but rather an intentional conspiracy. The events are ongoing and now include the addition defendants in the above caption, all of whom have the intent of silencing my

voice.

**3.** For the courts convience I have attached a copy of the Complaint for 08 Civ 5791 as evidence annexed as **Exhibit A** and its April 13, 2012 Ruling Transcript Before Judge Katherine B. Forrest as **Exhibit B** . I was victorious in this action, however justice was not served in its entirety. Had Justice been served completely, it is very possible that I might not be before the court with this new claim.

**4.** Currently I am withstanding the illegal Gentrification and Eviction Process that is taking place in the Long Island City/Astoria, NY Area in which my family and I currently live and have resided for approximately fifty years under an original contract. This illegal Gentrification and Eviction process against my family and myself is facilitated by New York City Housing Authority - ( NYCHA) and its CEO Shola Olatoye, Joyce Tseng , Judges Hose Rodriquez and Joel R Kullas, Marshal Edward F. Guida badge # 14, and others with willful intent to harm and destroy the quality of our lives without concern for whether we perish. These Officers have committed fraud at every available opportunity and have caused my family members and myself immeasurable harm. The officials mentioned and others who are not called out in this action have been informed of their illegal practices . All have refused even an attempt to make my family whole by correcting their obvious errors and are by no means innocent or barred from these crimes.

**5.** The doctrine of qualified immunity protects government officials from liability for civil damages insofar as their conduct does not violate clearly established statutory or constitutional rights of which a reasonable person would have known in addition to immunity being the right of the public to have officials who speak and act honestly inspite of the level of ignominy. It is not the right of officials to hide behind the veil and perform criminal activities by which the lives of citizens are greatly prejudiced irreparably.

**6.** Although my family has experienced numerous years of abuse from the system in countless ways , one notable form of abuse came through Bureau of Child Welfare (BCW) which changed its corporate name to ACS while in the mist of the case and is now known as DHS. Each of my oldest sibling's children were placed in the system and rapped repeatedly while in the care of this corporation. My family won a suit against DHS and the Judgment amount was stolen by the lawyers which we hired . My nieces and nephews have never seen a penny of the money which they could have eventually used to better their lives, get proper counseling and change environments.

**7.** As a result of being programmed while in the system and sent handlers throughout their lives, they have in turn behaved outlandishly due to the abuse of the governmental corporation DHS which claims to save lives while all along making slaves out of the children they profess to help, throwing them to the wind.

**8.** While this is not an action directly relating to the aforementioned, it is not an opportunity for officers of the court to dismiss their illegal conduct and behavior by focusing elsewhere. These truths clearly point out the abuse that my family has endured by the hands of officers of the system for many years and the affects from the abuse that we continue to live with.

**9.** I sustain being a victim of Identity theft. My photo has been posted on a number of websites claiming that I am an executive at the Department of Veterans Affairs which is completely false and is a federal offense. It was first brought to my attention at some point in 2013, but the photos were removed as far as I could tell so there was nothing I could really do about it at that juncture. They were placed back on the internet in 2016 on additional sites.

**10.** In August of 2016 when I began to build upon my online presence, I located these photos on the internet by simply typing in my name. These Posts on the internet, specifically on Linkedin (the worlds

largest professional website) has not only jeopardized my reputation, but also my ability to gain employment even outside of the Entertainment industry as a result of the behavior of these conspirators. Additionally, constituent elements of my original image have been compromised and copied, thereby giving rise to additional claims of Copyright infringement which is evidenced by **Exhibit B1** and by the original photo of me as **Exhibit B2** . Notice also that the picture has combined images and features of other people.

**11.** After I contacted LinkedIN 2017 and 2018 to look into the matter, the defendants removed the photo from the site and placed them back on the web so that LinkedIN could not find the issue through a general query search thereby solidifying my claim and introducing a fresh claim which I am able to prove.

**12.** Upon information and belief, this is facilitated by defendant Justin O Cooper and JOC Media at the instruction of Defendant Ann Nesby whom Mr. Cooper is hired by as a publicist and the likes thereof. Mr. Cooper has hacked into my websites, email and social media accounts also. This go- around, Ann Nesby and her team also found it necessary to sabotage the release of my forth coming Gospel CD by manipulating my social media accounts, involving my business associates, friends and acquaintances to assist in their criminal activities.

**13.** Consequently, I documented one of the fake accounts showing Identity theft in a Motion to Dismiss a bankruptcy action on August 9, 2017 with the United States Bankruptcy Court Eastern District of New York . I was relatively forced into filing this action because of an illegal and fraudulent eviction by New York City Housing Authority (NYCHA). NYCHA assisted in destroying my family members credit by illegally hitting our accounts several times claiming that we owe rent which we do not. This enterprise, this illegal eviction against my family performed by NYCHA if successful, would make it nearly impossible for us to find a place to live and work based on poor credit and rental history caused by NYCHA's

deceptive practices, which is a collective goal of these officials. My family is presently effected by this as we have already faced difficulties in these areas based on NYCHA specifically, illegally and repeated hitting our credit.

**14.** While in the bankruptcy action, which I opened on February 17, 2017 under duress , I experienced some injustice perpetrated by Bankruptcy court Judge Carla M. Craig who caused the record to reflect the bankruptcy action as being filed on February 1, 2017 rather than February 17, 2017 which was the actual filing date of . This was intentionally instituted to take some of the wrong doing off of NYCHA and Marshal Edward f. Guida for serving a fully paid tenant an eviction notice in the middle of the month demanding that we evacuate during that month.

**15.** A family member within the household filed for bankruptcy after my case ended and was assigned Trustee David J. Doyaga ESQ, (former President of the Brooklyn Bar Association). More than a year prior to filing for bankruptcy, Mr. Doyaga began sending solicitations to my family at our home address barring the logo Doyaga & Schaefer Attorneys at Law among other corporate names that he solicited under, offering legal representation asking if my family member was seeking a Mortgage Modification and a Foreclosure Defense. Mr. Doyaga continued to do so during the bankruptcy action. Some letters were marked private and confidential. I have attached a few of the letters, contents and corresponding envelopes as **Exhibits C, D, E , F,G .** My Family later realized that Mr. Doyaga was the same attorney that was assigned to the case as trustee. Mr. Doyaga never made mention of this even after it was brought to the courts attention. This is a great conflict of interest. It is unethical and it certainly does not appear to be a random assignment of a Trustee.

**16.** Many things occurred following the closing of my Bankruptcy action. My Family's home in Long Island City, NY (Just outside of Queens Bridge Houses) was robbed a few months later that

winter during the time of the reported robbery at the METRO PCS next door to our home. The thief was never found as far as I know which seems impossible to me since METRO PCS is directly next to a Community Bank. Two doors down on the opposite side of our home is URBAN UPBOUND, both which were instituted by Bishop Mitchell Taylor. Each of these organizations have cameras and there are numerous camera lights and stop sign cameras lights directly in front of my family's home. Yet no one can account for the six in total robberies at METRO PCS over the past six years.

**17.** At the time of this incident, my passport was stolen, along with several old and never used credit cards, business cards and business cards for various business and the likes there of. Generally a pillar of a community would have concern for what is going on in the community?

**18.** About seven or eight years ago the Bishop and a group of people who aren't from the community, went from building to building in Queens Bridge conducting meetings in each lobby encouraging tenants to move to the Bronx. All the while, Bishop Taylor moved full force buying and renting property throughout the L.I.C. area. I attended the meeting held in my building and openly asked him why is he encouraging tenants to move out of the community when the community is being developed. He looked directly at me and said " Well if you want to live in the projects for the rest of your life, then go ahead." He then quickly addressed the next question.

**19.** Taylor organized a protest for more community jobs at the Mayflower Hotel in long Island City Instead of dealing with real issues such as the twenty four hour bonfire lights (Hercules Brand) in our community. It seems to me that we have already left that ship and allocating Jobs should have been done many years ago along with the red zoning and infrastructure planning. Bishop Taylor had full knowledge of what was to come . How many from the community are employed at the Mayflower now that Bishop Taylor's media needs are met ? Why not protest to draw attention to the fact that the majority of OSHA

training and Jobs are given to Hispanics, or why summer lunch for children has stopped in the area, why students are being forced out of the community for an education, or why members of the community have to go out of the way more than a mile to fill prescriptions save a local Queeenbridge Pharmacy. We are already ill due to the conditions of NYCHA. I discuss this only to show the obvious Gentrification taking place in the area and how my family is personally affected by those deeply rooted and connection. This isn't Ad hominem, but rather facts that are proven. So much is happening to us in the Long Island City/ Astoria area.

**20.** Many members of Center of Hope International are battling with NYCHA and others have been forced out. It should not be that Taylor's members are asking my family what they should do about being kicked out of NYCHA. I told one of his church members that they should ask Bishop Taylor. The person stated that the bishop told them,"I cant help you with that".

**21.** As this occurs, Bishop Taylor continues monopolizing the area, renting the few places that were "set aside" so that people in the community might have an opportunity to start businesses. I had a lease to rent a store in the area. The owner and I had even gone over glass plate insurance .There was very good repoire between the owner and myself whose father was a great asset to our community for so many years. a few days before I was supposed to sign the lease I briefly spoke face to face with the owner and spouse with the dog wagging his tail in the back seat of the car before their weekend excursion to the Hamptons. There were no contingencies with the deal. The owner didn't request a credit check from me at all. I asked about it, they stated that they didn't need one, but to give them the rent and security and they were fine. Suddenly the deal fell through the day before I was supposed to sign the lease. The owner stated that they didn't know if it was going to work out without giving an explanation. I didn't ask any questions because I was both surprised and disappointed, I just said "thank you for the opportunity and left it at that, because there was really nothing that I could do about it.

One of the spaces was rented quite some time after I was given the opportunity but that tenant is no longer there. The Bishop is renting two of the spots that I was offered now and almost every spot that was previously rented by a person of color from this demographic.

22. In 2008, in a quest to further monopolize the block, BishopTaylor stoped by my family's house asking to purchase it from us as well.

23. So ,what is actually happening in the Long Island City area to benefit residents is nothing more than facaded events and fake news set for media attention. These events satisfy nothing more than news coverage. What we have here is plastic rice both literally and figuratively.

24. The community does not need another organization set in place by officials themselves using people of color that appear to emerge from the people as administrators, who in fact work within the system.These individuals only serve to curb the voices and zeal of the people by hearing our issues , reading them back to "The Powers that be" to protect the it's "Network" . In other words another organization deliberately set in place to protect the high places just won't suffice.

25. Another issue that I am confronted with is being a victim of mail fraud, mail tampering , forgery and larceny.This has been going on for a number of years and currently is still taking place in 2018. NYCHA is party to these activities and has also used the United States Post Office Mailman Andy (Doe) to aid, abet and facilitate criminal activities for NYCHA's benefit against my family. Andy (Doe) services Queens Bridge Houses and it's outskirts including my family's home .Vidal (Doe), former clerk at Queen Plaza Post Office who is reassigned to the new Queens Plaza North Post office, Ms. Frecklton, Karlina Sharpe and other employee of NYCHA assist in these crimes. Housing Manger Joyce Tseng has personally put her hands to these criminal activities also.

**26.** Andy (the mailman) has really done great damage to the quality of my life, causing my family to do much unnecessary running about due to missed appointments and last minute notifications simply because this mailman has withheld our mail intentionally.He has opened mail, deliberately sent mail back for unnecessary rerouting and has even stepped on and crushed mail items . Although this mailman is a known substance user, that is no excuse for lack of integrity and discretion and failing to act within the scope of job description . How many times can a government worker be rehabilitated and pardoned before he or she loses his job and pension for causing the public harm. I have included a photo copy of Andy sitting down on my block having a drink on the bench with my neighbors from the second floor of my building on my block in 2017 (G. Mattock and V. Mattock), when he should have been handling his job responsibilities as **Exhibit H.** I provide these specific names only because of the viciousness of the individuals that have tapped into my phone so that there is record of who is the photo. A CD or USB can be provided to the court so that the court may zoom in for a closeup.

**27.** Vidal (Doe) former clerk at Queen Plaza Post Office who is reassigned to the New Queens Plaza North Post office has signed for my mail, forged my signature many times and withheld my mail for months at a time even though my P.O. Box was paid in full. He frequently placed notices in my P.O. Box taunting me that stated , " No ID, No Mail", and took it upon himself to lock my P.O. Box altogether. I have annexed two of the notices hand written by Vidal as **Exhibit I** which is undoubtably Vidal's handwriting. It was such an unpleasant and stressful situation with Vidal that I had to call the cops twice to deal with matters.

**28.** The first time that I called the Police, when they arrived at the post office they asked me if the matter escalated into violence and when I told them that it had not, they in turn stated that it was a civil matter and that they do not handle civil matters only criminal matters. They took a report

and then left the post office. Police Records are available for this complaint. However, this only enhanced Vidal's arrogance when the cops refused to help and it made things worse because Vidal believed that he could get away with even more.Vidal went above and beyond his instructions, so to speak to cause me harm because there really was no point of continuously targeting me other than being told to do so. He was committed to doing wrong.Vidal has behaved this way for many many years and caused numerous arguments with customers because this is his personality, but all he really needed was instruction and intent for his extreme behavior. Vidal could be referred to as someone who is "Postal".

**29.** The second time that the Police got involved was in 2013. On that day I went to the post office to try to get my mail once again which Vidal withheld . At this point Vidal had already locked my P.O. Box from the inside without legitimate reason, preventing me from accessing my P.O. Box entirely. all the while still asking me to provide ID which I did several times although I had the same P.O. Box for about seventeen years and had interacted with Vidal regularly for numerous years even prior to renting a P.O. Box, but he still refused to release my mail. There were a few times that I was handed mail by Vidal even though he illegally locked my P.O. Box . Those times were times that I threatened to sue him if I missed any court appointments or if my case was affected by his foolish criminal activities. Yet Vidal still illegally locked my P.O Box.

**30.** On the aforementioned day, I really could not deal with anymore from Vidal, he was literally making me sick escalating my blood pressure, so I walked out of the Post Office facility to find an officer on foot. At that time Queens Plaza was dwindling down from its abundance of Police officers and traffic cops set there, but you could likely find one if you needed assistance. I walked upstairs into the 7 train station and there were two Officers whom, by the Grace of God I was able to get to assist me with the problem with Vidal. I explained what occurred, so the Officers walked me into the

Post Office and approached the counter and asked Vidal what the issue was. Vidal told the cops "This woman is posing as a Government employee". I then showed the officers my Identification which I also provided to Vidal minutes before the Police walked through the door, proving Vidal's story to be unlikely. I showed my advance payment receipt, which is the only way that you can pay, unless you have used a credit card to pay for that term initially. I then showed the officers that I was unable to open my P.O. Box with my key because Vidal locked it from the inside. At that point the officers instructed Vidal plainly stating "Give her her mail" which he did from the inside of the counter by unlocking my Post Office Box. Vidal tried to get away with giving me just a portion of my mail, so I reminded the Officer that it had been months since Vidal have given me my mail and that there was much more. So the Officers asked Vidal "where is the rest of her mail" . Vidal stated "give me a chance". Of course my response to Vidal was "you had no intention of giving me the rest of my mail". The officers told me to " be quiet, we got this". Vidal then went through the door into the back of the post office and came out with bundles of my mail. I am truly thankful to this very day for the way these officers handled this matter. It restored my belief in the fact that not all Officers are unfeeling and unlawful.

**31**. The current situation in 2018 is that Vidal is still being instructed on what to do when one of my family members appears at the Post Office and he is still withholding our mail. It is now clear to me that the purpose of Vidal illegally withholding my mail in 2013 was revealed by his comment to the Police when he stated "This woman Is posing as a Government employee" This was done to attest to the false Identity setup online, to vouch for the illegal withholding of my mail and to destroy me from a Governmental level. It seems that someone very important is responsible for the forgery of my signature and the fake identity internet post although upon information and belief Defendant Justin Cooper is the culprit who was instructed to post the fake identity posts. Each of the defendants hold their "respective positions" in these crimes.

32. The bigger question now is who encouraged Vidal to say that I was posing as a Government employee? It is obviously an overseeing individual. How was this thought constructed, what were the available variables leading Vidal to put this lie together? What premise would it be based on? Obviously he was told to say this. In retrospect this would also explain my inability to find work even outside of the music industry.There is far too much surrounding this matter and it has been going on for much too long for this to be the orchestration of your average individual. An average persons influence does not reach into certain spaces such as military corporations like the United States Postal Service, The Board Of Elections, the Entertainment Industry and storage companies to name a few. Someone has something at stake or has a passion to take me down, hence the furtherance of these crimes against me. I pray that the Court would restore all that I have loss because of these conspired injustices and make me whole in every just and legal manner that it has the power to enforce.

33. I believe that part of this is aimed at disconnecting my family from the Long Island City community. This also appeared to be so that I would relinquish my P.O. BOX since a Post Office box in a community is very official. Vidal is being used as a part of the Gentrification Process to uproot my family from the Long Island City Area to remove us from the list of "residency" so to speak . However, we have opened new P.O. Boxes after the Queens Plaza Post office lease expiration. I do believe they would have tried (harder)to prevent my family from opening new P.O. boxes had there not been police record of previous incident. It is a very frustrating situation. My family is the only Indigenous family to own a home in the (Long Island City area), and the powers that be want us out and they are assisted by many in these attempts . The forerunner was recently forced to sell.

34. As aforementioned, on or about December 20, 2011 , one criminal forged my signature on a Court issued document for the action 08 civ 5791 from this court, The United States District Court,

Southern District. The certified green card was returned to the Courts Records room where I made a copy of it, which I located there after looking at the court docket which stated that I signed for a letter which I had no recollection of receiving or signing for. In fact it is a forgery of my signature. I believe this is a matter that the court should want to know more about. I have attached a copy of the Certified Green card as **Exhibit J** and a copy of the Docket which also evidences this as **Exhibit K**. That particular person that forged my signature, clearly signed other United States Postal Service Certified Green Cards which I also became privy to.

**35.** Another certified green card in particular which was forged by that same individual who signed for the court document was brought to my attention by the corporate defendant Access Management Company (DBA) Access Self Storage LLC. ("ACCESS" ). The Corporation's manager Soraya Gomez replied to a letter that I sent which had absolutely nothing to do with any signature of any kind. Oddly enough, the main focus of the reply refers to a letter which they claimed that I signed for in 2013 which is a complete lie.

**36.** The letter from Ms. Gomez was written on Cranes Crest 100 % percent Cotton Paper. I surmise that the individual who is trying to shake the blame for forging my name to place it on me does not like or use Cranes Crest 100% Cotton Paper because this would be simply ridiculous.

**37.** The letter includes a copy of the certified green card which Ms. Gomez claims that I signed. Access Self Storage has record of my signature and its managers Soraya Gomez and Vanessa Pettaway are fully aware that what they sent to me was clearly not signed by me. I have attached these documents as **Exhibit L**. In April of 2013 to the best of my recollection, the second letter which Ms. Gomez refers to was held up for months after April 2013 by Postal Clerk Vidal. I received the letter with the bulk of mail when the Police instructed Vidal to unlock my P.O. Box.

**38.** I have received more than two hundred statements (200), and quite a few letters from Access and the aforementioned letter was the very first and only letter that I received from Access written on Cranes Crest 100% cotton paper . Why would someone rummage through your things, steal from you and then write to you on connoisseur paper after eighteen years . Why would Ms. Gomez say, " I will grant you...", this is an all power statement that is not in keeping with her personality at all. That is strange and unusual behavior. Access has never been a "five star" storage company. In fact within more than twenty years they have only done renovations within the place and office within the last five years or so.

**39.** It is very obvious to me after doing business with Access approximately eighteen years and my family has for much longer, that the letter signed by Ms. Gomez, isn't even written in her own grammatical phrasing or style. Nevertheless Ms. Gomez signed her name on the letter. I have been assisted by Soraya Gomez from day one until I mentioned the corporation in court document, in fact she opened my account. The question is, who put these employees of Access Self Storage up to corroborating and attesting for a signature that they know is not mine. This was obviously done as an attempt to try to verify a scheme to cause it to appear as though I was the individual who signed the Court issued green card. This blatantly proves conspiracy.

**40.** ACCESS SELF STORAGE COMPANY has stolen money from me by over charging my account with fraudulent amounts .Numerous items have been stolen from my storage room and the alarm was deliberately disconnected so that the employees could access the unit and steal from me at their leisure. They have previously ripped off my family members storage units also. Soraya the manager, made sure that no one was available to fix the alarm, even when I called in advance for numerous months and she began to make herself unavailable each time that I called and appeared.

**41.** Whereas it has taken me several months to accumulate my evidence for this claim, and my computer is an open book, during this time Access Storage has continued to violate our contract agreement. I was told specifically by Ms. Gomez and Access employee Issy that the corporation could not fix the alarm without me being present. Oddly enough, when I arrived at Access on or about May 23, 2018,( I was accompanied by a witness) one of the worker had obviously entered into my storage room and fixed the visibly loose alarm wiring, fully knowing that they are required to have the owner of a unit present to do so. I never provided Access with a key nor was it required in my contract that I do so. Therefore Access made yet another illegal entry into my rental unit. I have a very basic lock that would not be difficult for the employees to gain entry through. I do not know as of May 23, 2018 if anything else has been stolen from the unit because I did not search through it as it would take quite some time to do so.

**42.** I am also a victim of voter suppression which is a violation of My Civil Rights and the Constitution provided they are still in effect.

**43.** In 2014 The Board of Elections wrote a letter to me stating that they would be removing my name from the system as a registered Voter and tried to deceive me out my Right and Choice to vote or not to vote thereby violating the Amendments, aiding abetting and facilitating a crime including treason and mail Fraud. I in turn replied with a letter to the Board of Election stating why this attempt was illegal, Fraudulent, and Unconstitutional. To help support my claims of an on going conspiracy for this current action, I have included **Exhibit M** a NOTICE OF INTENT TO CANCEL letter from the BOARD OF ELECTIONS dated March 17, 2014 demanding that I appear or answer by mail within 14 days after the mailing of the notice or be stripped of my right to vote. **Exhibit N** is a hand written return envelope deliberately addressed back to me from the BOARD OF ELECTIONS so that I would miss the 14 day period to reply based on a Postal error, but I caught the scheme and addressed my own envelope .The notice states: (Enclosed is a postage-paid return envelope and a form that includes: ...). That isn't what I

received. My reply letter to the Board dated March 31, 2014 is affixed as **Exhibit O** and the reply letter from the Board Of Election dated April 1, 2014 and its reply envelope are affixed as **Exhibits P** and **Q.** The court will see that the hand written envelope aforementioned **Exhibit N** which was sent to me within a huge white envelope, and the hand written envelope from the BOARD OF ELECTIONS **Exhibit Q** is hand written by the same individual. Furthermore, there was no way that in 2014 prior to the cementing of the Gentrification Process in the Long Island City area that one could send a letter on March 31, 2014 and receive a reply from the BOARD OF ELECTION on April 1, 2014 within one day Certified or not. The Board of elections does not generally reply within a twenty four hour period. How is it possible that a Certified return receipt letter can reach a home address within a 24 hour period. A Certified Return Receipt letter is supposed to be announced by a pick up notice and then signed for at the post office. The Board of elections letter was not. Of Course this was done with the intent of vouching for the others forgerys. Once again, Fraud.

**44.** The reply letter **Exhibit P** was signed by Ellen Raffaele (Administrative Associate) of the Board of Election who is the wife of Judge Thomas Raffaele, the acting Judge in the foreclosure action against my family 17617/2008 - (2018). The letter was also signed by Antonina Mione (Administrative Assistant). All of these things generally do not happen to one person or family without there being some form of an sabotaging network at the helm. So the question is, who is the conspiring force behind this Civil Rights injustice set for April Fools Day and why is there an **Info66** code at the bottom left corner of the Notice Of Intent letter as well as many other official documents addressed to me. Even my Metro PCS bills contains this Code.

**45.** In respect to the Action 17617/2008 in which Judge Raffaele is the lower court Judge, my family became privy to an Ex party meeting held by Judge Martin J. Schulman on May 25, 2016 at which we appeared much to their surprise.This conference scheduling was no where to be found on the case

docket at that time, but later miraculously appeared. On that day Mr. Keith M. Ferguson Jr., Associate at Eckert Seaman appeared and handed in a brief out of nowhere. Because my family appeared unbeknownst to Judge Schulman, he refused the Brief from Eckert Seaman and "Adjourned" the conference setting both parties to appear on July 20, 2016 .

**46.** On July 20, 2016, both sides appeared. Kenneth J. Flickenger of Eckert Seamans Cherin & Mellott appeared for the plaintiff. Mr. Flickenger first appeared as an Amicus Curiae for the Second Appellee court which we objected to. Mr. Flickenger later introduced himself as the new Attorney for the Plaintiff to which we objected to also.

**47.** At the conference on July 20, 2016, Judge Schulman verbally reprimanded Mr. Flickenger stating " Did you do what I told you to do?". Mr Flickenger began to go on about absolutely nothing adding {"Well you know uh, I didn't get around to it yet, but Im definately going to do it"} . Again Judge Schulman exclaimed "Did you do what I told you to do?" Mr. Flickenger stated "No". Instantly Judge Shulman threw his hand up and said "dismissed, and your time barred anyway." This case has been going on for far too long".

**48.** An Order Dismissing Action was signed by Judge Martin J. Schulman on that day canceling and discharging the Les Pends which was already invalid . The Order was Filed date stamped August 11, 2016 and is attached as **Exhibit R** . The Plaintiff was already time barred, simply beyond the statute of limitations and procedural rules and went even further into the negative without respect of Law solidifying Mr. Kenneth Flickenger as a Bad Faith Attorney. Yet Judge Raffaele condones this wrong doing ruling in favor of it, endorsing it by signing off on the foreclosure. My family's house was paid for four times, the bonds can be checked. Judge Raffaele personally received two of these bonds.

**49.** Judge Raffaele's response in his Memorandum **Exhibit S** states: "Parenthetically, County clerk records show that Plaintiff filed a Notice of Appeal on January 17, 2017. The Appellate Division dismissed Plaintiff's appeal on the ground that this court's dismissal is not appealable as of right and leave to appeal was not granted." The Court failed to mention that ESQ. Filickenger at that time requested an extension of time to enlarge a brief also. These are fundamental rules for filing an appeal which any attorney knows. Esquire Flickenger's appeal errors were part of an intentional strategy filed under bogus pretenses which ultimately, illegally placed the action back into the hands of Judge Rafaele as a fallback method of trickery.

**50.** The goal of ESQ Flickenger was to engage Defendant into answering an improper motion thereby creating a contract. Defendant did not engage therefore Judge Raffaele intentionally assisted Esq. Flickenger in covering his obvious and deliberate errors to aid in what the Judge refers to as the best interest of the "Judicial economy".

**51.** This is the way Lawyers and Court officials treat Pro Se Individuals. They try to trick us and almost always gets away with this improper behavior and no one in the world outside of the court is the wiser after it is covered up. It seems as though most Bar members swear to uphold and hide the others members illegal practices thereby dishonoring the oaths that they have sworn to. Esq. Flickenger's arrogance, self entitlement, insensitivity and childish court antics in which he intends to manipulate the court seems to work for him. The Esquire's conduct and behavior are ridiculous and obvious as evidenced by the record. Mr. Flickenger is an embarrassment to the firm of which he is a part and to the Judicial process and system as a whole. Blatantly asking the court for favors on the record, also stating that he knows that he is time barred yet requesting success in the claim with disregard of Defendant or any observer is just wrong. I do not understand why any Judge would uphold this madness aside from some other motive. Citizens come to the Court for fair adjudication and to be made whole. Why are we being

abused here?

**52.** The Clerk Aprilanne Agostino is fully aware of procedure also. She is there to make the system flow and knows procedure better than any one in the court, so Mr. Flickenger should have been stopped at Ms. Agostino's desk. The action should have been commenced from the beginning again if any remedy for the plaintiff could legally exist and occur within a time barred claim and more. I have annexed that Decision & Order on a Motion by the Appellate Division as **Exhibit T** and a copy of the Apostille for that Decision as **Exhibit U**.

**53.** I also do not understand by either legal or standard definition what is Parenthetical about actually filing for an appeal in which one receives a docket number **2017-01159** and a Decision. It is simply an attempt to get over and to manipulate the system at the peril of my family. Yet, after all of Esq. Flickenger's obvious errors and nonchalant defaults in which Esq. flickenger ( a friend of the court) continuously disrespects court procedure, Judge Raffaele states that (they are) ..."excusable default (s) ".

**54.** Why Did Judge Raffaele Allow Esq. Flickenger to use a canceled les Pendency? Judge Raffeale is Bias and partial in favor of his fellow bar associate and is clearly pushing the Gentrification Process in the Long Island City area in which I reside. Defendant filed an appeal once it came to her attention and received case number **2017-09956** which the court ultimately refused to place on the record and hear.

**55.** My family member filed for a STAY to stop the sale as evidenced by the record, if it can still be located on record. The court claimed that the motion for a STAY to stop the sale was a court appointment to give an oral answer on the entirety of the case. This is not true and if this were the case which it is not, the court would have held ex parte communication to decide the action without the Plaintiff. This is bogus.

**56.** My relative was forced to file for Bankruptcy on January 11, 2018 to stop the sale of the family home

that was set for January 12, 2018 because the court through the Order of Judge Raffaele set out to fraudulently sell my families home on January 12, 2018 while defendant was still in the Appeal process. We appeared in court on that day ( January 12, 2018) to assure that the sale had in fact been stopped. To our surprise we spoke with the Bankruptcy trustee from Cadman Plaza, Mr. Marco in Supreme Court County of Queens who told us that the sale had been stopped. This has destroyed our businesses and credit causing us to go into a a negative spiral. We are still in the process of trying to save our home and correct the fraudulent , treasonous actions of these officials and their civil servants.

**57.** Judge Thomas Raffaele stated in his Memorandum that Plaintiffs appeal is not withstanding "and it is in the interest of justice and judicial economy..." to sell my family's home. I have a number of qualifying thoughts on that, but a few are that : **(A)** I do not see what is just about stealing someones inheritance , especially when the record shows a number of obvious "Judicial errors" .( **B)** I do not see why the "Judicial economy" is of any authentic concern with Judge Raffaele when the action was illegal stretched out for approximately ten years no fault of defendant. Does it refer to another type of "Judicial economy"? **(C)**I certainly do not see what is just about Voter Suppression and the undoing of Woman's Suffrage Rights which Ellen Raffaele attempted to impose upon me. This imposition occurred relatively simultaneously with an Order from her husband Judge Raffaele which was given to my family in 2014 in the aforementioned action, which clearly shows conspiracy to harm my family.

**58.** Although the decisions in favor of defendant were Apostilled **Exhibit U**, Judge Schulman flippantly recanted his decision within a brief without informing the Defendant. This was discovered when a relative went to the court and checked the courts records. Annexed as **Exhibit V** is a copy of the Judgment that was vacated by Judge Raffaele which he claimed was vacated by Judgment Foreclosure on July 24, 2017. Why is there persistent effort to prosecute in an action which is well beyond the Statues of Limitations and riddled with err made by the Plaintiffs from the start of the case? Why does

the court continue to try to sell a home that is owned by my family which is one with a Satisfied Mortgage. Once again Judge Raffaele received two Bonds which also satisfied our Mortgage a few years ago. Why hasn't Judge Raffaele returned these Bonds ?

59. For The Record, how does a Judge have the unmitigated gall to prosecute a deceased individual? How do you supposedly grant a "win" in a claim against an individual that is deceased and then place their property on the auction market in January of 2018 knowing that there is an Apostilled document in place. This Apostile was concurred to by the signature of the Clerk of court of audrey I Pheffer. This seem like major insurance fraud to me! Frauds and swindles is what it is according to codification 1341.

60. The Court system and it's Officer Judge Thomas D. Raffaele Knew that my mother passed away years ago as does NYCHA, yet this Judge still prosecuted her to abscond her assets and to gentrify the Long Island City community. My mother was murdered by New York City Housing Authority (NYCHA) and it operating officials.

61. There is fraud on the part of The Supreme Court, County of Queens, the Second Appellee Court, Brooklyn, New York, Banks, Lawyers and Judges who stood to gain monetary funds off of the family Harley and from our Birth Certificates, knowing the action was time barred. Judge Raffaele and his assisting attorney committed a crime by prosecuting a deceased individual according to 42 U.S.C. 5122. Why is this happening in the American Judicial Court System?

62. The original Judge for the case Peter J. Kelley, left the case wide open for four years because he knew that the plaintiffs were in error. They were unable to give so much as a basic description of the home nor did they produce a wet ink signature.

63. Citizens expected to keep quiet while they are violated, displaced, abused and harassed? Should we

not speak out when Officials operate completely out of the scope of the law? When we speak out, we are said to be contentious and we are punished through systematic repercussion that often include murder. Isn't this what the Judicial System is for : to contend and complain to argue and discover, to get answers and decisions? Why do officers of the court believe that they can cause harm to individuals and walk away unscathed.The Damage is already done, and Officers of the court must be held accountable for their illegal actions. immunity and privilege must be clearly defined.

**64.** I have been blackballed in the Entertainment industry by the defendants and conspirators hand. As stated in the action 08 Civ 5791. I have been unable to make a living in the Music Industry as I had prior to filing that action, thereby being forced to seek financial assistance . This is an area in which my Civil Rights have been violated as well. Every attempt that I have made to better my life by starting businesses has been impassed and illegally taken over by those with malicious intentions.

**FACTS FOR THIS CURRENT CLAIM**

**65.** On August 7, 2016, I began to build upon my Internet presence with the help of a friend and business associate of more than 20 years, Mr. Mark Bass; on the premises of Bass Production Studios in Jamaica, NY. We started by going to several stores in Manhattan and others in Queens to purchase needed equipment for my computer and radio show. The nature of my business association with Mr. Bass consisted of many things since he is both knowledgeable and skilled in many areas. I've hired Mr. Bass as a Bass Guitarist with my band hundreds of times and for sound engineering. I've used Bass Studios for rehearsals and for recording background for popular accompany tracks. Mr. Bass has even assisted me in my own studio working as a technician on my own compositions and the likes thereof. Mr. Bass has also worked with me on my website Peggyharley.com prior to 2016. In fact, we constructed my first website together over twenty years ago. Between 1997 and 2000 was the only time that Mr. Bass

was given knowledge of my passwords for my website Peggyharley.com . Any other knowledge of my passwords beyond that time is unauthorized use of my passwords by Mr. Bass.

**66.** This go-round while working with Mr. Bass, he made several jokes about the extremity in which I hid my passwords as we worked on putting my website Eastriverpraisefm.com together. I noticed one time after using my password on Mr. Bass' computer he checked save password. I asked him, "why did you save my password?" His response was simply "Oh" . Mr. Bass ( "jokingly") leaned over to look as I typed in my passwords several times as we worked on this project.

**67.** On August 7, 2016 on the premises of Bass Production Studios Mr. Bass downloaded Windows XP onto my computer since my computer had never been online, informing me that this would be necessary to use other programs. While there, I then opened an account with GODADDY LLC. This order consisted of a domain name, hosting and domain privacy. Eastriverpraisefm.com was initially registered with GODADDY. Following that, I purchased a template for the site using paypal. After opening the account, I was informed by GODADDY about a day later that my account would be closed for identification purposes. I then contacted GODADDY via telephone and was informed that my name (PEGGY HARLEY) was red flagged and that my account had to be closed. I was specifically asked to provided a copy of my passport as Identification within a couple of days, however GODADDY closed my account anyway and charged the money back to my credit card. When I called them again they refused to provide service to me in my name. When I asked the representative why this was happening, he stated "they dont tell us why, I just know that it is Red Flagged and we can't provide service". My Passport was later stolen in the winter of 2017.

**68.** On August 9, 2016, about two days later, I returned to Bass Production Studios to continue my endeavors. I opened a new Web Host account with EHOST.COM which is ENDURANCE INTERNATIONAL GROUP, Since GODADDY stated that they had to close my account. I opened Eastriverpraisefm.com and Eastriverpraiseradio.com. Although I purchased the domain name Eastriverpraisefm.com with Godaddy initially, it was available for domain purchase and registry without conflict with Ehost.com a couple of days later to my surprise.

**69.** After successfully securing the domain names and hosting, Mr. Bass then opened a program called Desktop server on both my computer and his. I often brought my computer to his studio when I needed help with applications and downloads, so we had many duplicate programs on our computers. In the event that I needed help while in my studio, I could simply call for a run through. Mr. Bass also downloaded a program called File Zila onto my computer so that I could use FTP to upload onto my website. File Zila was already downloaded on his computer.

**70.** Not long after, we finally uploaded the website template that I purchased on August 7, 2016 onto my website domain Eastriverpraisefm.com. At one point I noticed that Mr. Bass set up my entire list of files, music and folders to be transferred via FTP onto my website which would cause all of my computer information to be visible to anyone who visited my site. The site was set to live somehow. I questioned Mr. Bass about it and his response was "Did I send it? No I didn't. I wasn't going to send it." I let that go. About this time I began to notice that many of my email accounts, new ones that I opened in the presence or Mr. bass for this particular project, showed that there were a number of unsuccessful attempts to enter into these accounts. I asked Mr. bass about this as well, he stated "No, I don't know anything about it." I also began to find unauthorized charges on my credit card made by Ehost about

two days after opening the account. This was a big indication of what was to be expected if I continued using it's services so I cut my losses quickly, so I thought. I contacted EHOST several times asking them to remove the charges and they removed a couple of them. After contacting Ehost again, I informed them that I would no longer be using their services in any manner and that they should not make any other charges to my account. Since I had already paid for hosting, I used the time that was left with Ehost LLC. Generally, Tucows does not allow domain registrar transfers within the first 3 months so I was stuck with Ehost. Consequently we continued building the site with Mr. Bass uploading one of the pictures that I took of "The River Park" in Long Island City, NY on or about August 23, 2016 while out with a former business associate, Mr. Michael Charles .

**71.** In February 2018, I became aware that EHOST had again made unauthorized charges to my account on July 25, 2017 .This did not come to my attention earlier because I had not used that credit card for more than a year and I believed that the matter was settled. EHOST renewed my two domain names without my consent, thus holding them hostage to a corporation with terrible business ethics, stealing from me, a previous customer once again.

**72.**Upon information and belief, the corporation Endurance International Group /Ehost.com is involved with illegally uploading and transferring information Via FTP onto my website Longislandcitypraisefm.com without my consent, which I would later open with GODADDY LLC. . For these reasons I am suing Endurance International Group /Ehost.com

**73.** I began spending time in the upstairs apartment of Mr. Bass's house as we agreed, which was after we again went shopping for the appropriate equipment for me to broadcast there and after I cleaned the upstairs well enough to use as a second studio for my radio show. No one resided in the upstairs

apartment of Mr. Bass' home for more than twenty years . Although I was already paying Mr. Bass for his services, we had not come to terms on how much he would charge for me to broadcast upstairs.

**74.** The first method that Mr. Bass and I chose to connect my computer to his computer network downstair was unsuccessful so we tried a second method upstairs with the new equipment which worked.

**75.** I remember on one evening when Mr. Bass and I arrived at his home, as Mr. Bass would pick me up from the station, Mr. Bass' cousin was already there making plans for his fathers funeral with Mr. Bass' mother. I Kissed Ms. Bass and said hello, gave my condolences to his cousin and Mark walked my computer and equipment upstairs. I was there for several hours working upstairs on my computer while Mr. Bass was downstairs on his own computer. When I was done that night, I walked downstairs to let Mr. Bass Know I was ready to leave. When we left that night, Mr. Bass' cousins car was still in the driveway. About two days later when I turned on my computer at home I found that the pictures that I had taken of the park were destroyed on my website . I Thought that perhaps some error occurred with Desktop Server, but when I looked at the pictures in my phone that I had taken and sent to my phone from Mr. Charles phone, I realized that they too had been destroyed in the same manner and that it was a malicious attack by someone who had access to both my computer and phone, Mr. bass had both.

**76.** After seeing the destruction of my work, I called Mr. Bass to inform him that I would not be attending or singing at the funeral service for his uncle to give him enough time to contact another vocalist. He said "Okay" and that was it. At that juncture I ceased all contact with Mr. Bass. I later found that some of my photos where posted on a number of popular websites on the internet. It would have been wise for me to cease all contact when I was informed that Mr. Bass found it appropriate to discuss my life with the New York times in 2012 when I refused the Times interview myself, but I trusted him and believed that

he would never do anything to harm me. However, Mr. Bass never mentioned being in contact with the New York Times or it writers at all until I finally asked him about that connection while doing preparation work for my radio station in 2016. When I asked Mr. Bass about it he stated "Oh That' , oh I forgot". Mr. Bass had more than ample time, four years to be exact to inform me of this. He chose not to.

**77.** On or about August 23, 2016 as aforementioned, I spent the day taking pictures , while out with associate Mr. Michael Charles who's radio show I Co-hosted for a season. I first meet Mr. Charles at a church in Astoria Queens at some point in August of 2015. I didn't think much of Mr. Charles being a bit unusual and flamboyant because every great thing that has ever happened to me began with someone who was quite odd and unusual.

**78.** In January of 2016 , Mr. Charles told me that he needed help with his Radio show and that management at that station suggested that he get a Co-host. I considered it a blessing and I agreed to help by Co- Hosting which was mostly for spiritual reasons.

**79.** I left the show on June 28, 2016 primarily because of Mr. Charles' outrageous behavior. He was told by someone to play music by the group Sounds of Blackness right before I went live on air on several occasions, apparently in hopes of it upsetting and distracting me.

**80.** Sounds of blackness is a group that singer Defendant Ann Nesby was the lead singer for. It was no coincidence that their music would be played just before I sang or broadcasted live just by chance as they were popular years ago. It was a hand selected deliberate form of harassment by the spearhead of this conspiracy . It was meant to convey that there is access to my life at all times and to cause me to give up.There are many popular Gospel Artists that could have been played instead. In fact they could have used one of Ann Nesby's songs, but this was subtle enough to make it appear to be random, but (random) doesn't repeatedly happen. This also occurred at a place that I performed at in November of

2017. The fact is, I'll be right here on earth doing the work of God until God moves me and no weapon formed against me shall prosper. Every lieing tongue that rises up against me shall be condemned.

**81.** There were a few times that Mr. Charles stated that a man approached him asking about me at his job claiming that he was my producer. For some reason Mr. Charles would not tell me the mans name. I assume that it was a man by the name of Mr. Chan, a black Cambodian male whom Mr. Charles started talking about regularly concerning real estate and producing Gospel shows. I have never met the individual. However, Mr. Charles was indeed stirred up to cause me harm. Mr. Charles was being used to accomplish someone else's outcome.

**82.** I stayed in touch with Mr. Charles for a short period of time after leaving the show because we had many connections in common and a few shows outside of the radio station that had yet to occur. I also hoped that we could stay in touch but, Mr. Charles continued with the shenanigans even outside of the studio while trying to convince me co-host his radio show again . Mr. Charles on some level was a victim in all of this as well, because he is someone that could easily be manipulated and made available for the defendants use. The culprits used many of my friends and associates against me.

**83.** On or about August 23, 2016 as aforementioned Mr. Charles came out to the Long Island City area and I thought it would be nice to give him a tour of the of the Parks in the L.I.C/ Astoria areas which is something that I enjoy doing regularly. Mr. Charles thought it would be nice because he had only been to Rainy Park and the entrance of Astoria Park. On that day I decided to take photos of all of the parks in the L.I.C./Astoria area to use for my soon coming Gospel Radio Station website only to find that my phone memory for photos was full. I asked Mr. Charles if I could use his phone to take the pictures that I needed. He was not happy about it but agreed under the condition that I take the pictures out of his phone as soon as possible. At that point I said "why don't I take the pictures and then send them to my

phone as text messages and delete them from your phone afterwards", which is what I did right there on the spot that day. Since photos and texts picture have different memory spaces I was able to do so.

84. We Went from Astoria Park to the River Park back to Rainy Park and then to Gantry Park AKA (City Lights.) The Photos that I took on that day were some of the ones that were tampered with that I used on my website. Because of this attack and many others, I decided to use ready to go template background pictures on my homepage instead.

85. A relative had an associate by the name, Michael Sosanyia open up a phone line in his name that we made calls on and took other photos in. That phone has also been invaded with photos being tampered with , removed and replaced on a regular basis. Each of these phones are serviced by Metro PCS.

86. Therefore, I am suing MetroPCS for harassment by it's employees, intentionally tampering with evidence, violation of my civil rights and privacy, aiding abetting and facilitating a crime, conspiracy and all other claims available.

87. It is said that MetroPCS is the (Metropolitan the Police Service. It is a subsidiary of T- Mobile. MetroPCS also works in conjuction with Immis Communications which is WBLS and WLIB and hundreds of Immis Communications other radio stations

88. As my family has been placed in to a Stalking and Laser Harassment/ Electro Magnetic Frequency Program, we are regularly stalked and followed by the tenants that live above this MetroPCS store and have been since it's initial opening. The stalking has recently been increased. This harassment extends within Queens Bridge Housing. On (Ground Level )we are Laser Harassed by the family that lives below us in apartment 5B the Fernando Family who also uses the name of Fernandez with each family member being Sergio, Lasina, Giselle, Lenny and others take turns burning us unmercifully with laser rays beneath

us.

**89.** We are also laser harassed by the residents of Apartment 6C beside us with each of the individual taking shifts. One of the residents is an older white hispanic male approximately 65 and a darker hispanic female that goes by the name of Maria. She is approximately 58 years of age. There is also a shift of individuals who go in and out of this apartment who are involved in the laser harassment amongst other things.

**90.** Previously we were pitifully Laser Harassed by the former resident of 6C Tamara Mc Cray (AKA) Tamara Mc Crae and the shift of other harassers that evolved through that apartment door while she lived there. Ms. Mc Cray is an extremely dark "Black" female fourty-ish and is approximately two hundred and ninety-five pounds . She was moved to another apartment in Queens Bridge when her term was up. Her main abode is in Brooklyn, NY with her three girls and boyfriend.

**100.** We are also Laser Harassed by the tenants on the 6 th floor in the building attached behind us as our walls are back to back. This apartment is occupied by an African American/ West Indian couple and their children. Both of the adults are over six feet tall. I am uncertain of there names , but I have been repeated followed by this couple also.

**101.** On October 1, 2016, a family member opened up an account with GODADDY LLC. on my behalf in their name for me since GODADDY would not allow me to open up an account in my own name. I purchased the domain name Longislandcitypraisefm.com and added Wordpress so that I could use the template that I purchased. I later reestablished Peggyharley.com and opened Wlicfmradio.com with GoDaddy as well . I first purchased my domain Peggyharley.com about 1997.

**102.** My experience with GODADDY is a living nightmare, but one is forced to choose between a number of evils just to hold a presence on the internet. Since October 1, 2016 My websites have been tampered with by GODADDY employees as well as by corporations and individual which GODADDY has assisted with entering , uploading and make changes on my websites without my consent even as recent as 2018. Whenever I requested the IP addresses that entered my websites illegally, GODADDY technicians claimed that they did not see anything. Many times the representatives claimed that "the backend of Wordpress is open, let me close it now. They must have come through on that end." This was the excuse employees used on a regular basis however, I did not keep the backend of Wordpress open. In fact I requested the very opposite.

**103.** Many times changes were made on my websites on days that I signed in only to pay my bill to make it appear as if I made changes to my own sites. I called GODADDY about this countless times, only to experience the same trickery over and over again.

**104.** Godaddy LLC also deleted 21 messages in my account twice, they also broke links on my website repeatedly, thus preventing me from publishing from my website onto the World Wide Web regularly. I contacted the company by email, phone, by chat and wrote to the corporate office several times, but they did not respond.

**105.** ["Since the Internet is not a single system, but instead can be described as a "network of Networks," as it allows millions of users to communicate across distance and platforms"] the corporation therefore assisted in destroying what should be a successful broadcast /radio station at this point. The Corporation Godaddy therefore stopped commerce, preventing me from experiencing The Four Freedoms : Freedom of speech and Religion, protected by the First Amendment in the United States Constitution, Freedom of worship, Freedom to teach, Freedom of want, freedom from fear and economic security.

**106.** On December 21, 2016 I opened two YouTube pages titled Peggy Harley and Long Island City Praise FM. On Facebook I opened three pages Peggy Harley which is now Peggy Harley Blessed, Peggy Harley arts and Long Island City Praise FM. Each of these pages were hacked into . My Gmail and numerous other accounts were hacked into repeatedly also.

**107.** As a result of opening these accounts, the culprits ran amuck. The defendants being Ann Nesby and her team Justin Cooper and husband Defendant Timothy w. Lee, reset my preferences, reorganized posts for the purpose of them being displayed in search engines in the manner in which they wanted them to appear, nearly always showing Ann Nesbys photo next to mine in searches that she should not have had any association to.

**108.** If the link for Ms. Nesby's photo that was set next to mine in internet searches were clicked, it lead to the New York Times Article " A Suit Remarkable but familiar". It was again a reminder by the powers that be that they had access to whatever I was trying to accomplish at all times.

**109**. What public relationship does the the New York Time have with Vevo which is a subsidiary of Universal Music Group? Why was the New York times article placed beside my Vevo videos in 2017 and 2018 ? Defendant Nesby and her team were assisted with these counter productive search engine displays by Tunecore Inc. and Marvment Entertainment (Marvment) as I would later open accounts with these corporations in March of 2017. These contract were for one year.

**110**Together these criminals also Froze web hits controlling them, removed and replaced artists that I saved and liked continuously to assure that my music did not get the visibility needed to makes sales in the Rhythm and Blues and Gospel categories

**111.** I was removed from and kicked out of groups on Facebook without notice or reason by the groups administrators and denied access. The defendant Ann Nesby used her influence to accomplish this . The purpose of this was to prevent me from developing a strong following.

**112.** There were fake groups created and suggested to me by Facebook friends. My liked preference of (The Bible ) was tagged to display that (the Bible is fake) so that people who listened to my Gospel Radio Station, Gospel songs, and religious/spiritual Posts would be lead to believe that I did not believe in the Bible. That is not my belief, I base my spiritual messages on the Holy Bible, Word of God and it's spiritual and biological truths. The defendants did this to cause me to be ostracized from the body of believers of the word to cause a drastic loss of audiences.

**113.** I later became aware that many of the Facebook friends that I had were associated with and sent to friend me on Facebook by Ann Nesby, Justin Coper and Timothy Lee. This was done to keep the defendants freshly abreast of what I was doing.

**114.** In early March of 2017 I released a Video Trailer for my forthcoming 24 hour Gospel Radio Station (Long Island City Praise Fm WLIC-DB) in which I featured images of Mark Gaymon ( DJ Mark) of Long Island City, NY, whom I've known for about thirty years, Jonathan Chapple (Minister/ US Postal worker) I've known his family for about thirty years, Yedidah Spann (Classmate and Friend) I've known her for about 35 years. I reconnected with her on facebook in 2016 after eleven years, Dr. Mary Kimble (minister) and myself. These individuals where expected to co-host on my broadcast which ultimately did not materialize due to interference by the defendants, specifically Streamlicensing and Shoutcheap.

**115.** On March 27, 2017 I visited the website of National Association of Digital Broadcasters (NADB) at the advice of its "affiliates" and now known "subsidiaries". NADB claimed and represented on its website www. thenadb.org as well as through its affiliates that it had the right and ability to register an

online radio station legally, thus issuing Callsigns.

**116.** On March 27, 2017, I paid the NADB via it's website (www .thenadb. org) not to be confused with (NAB - National association of Broadcasters) to check both the availability of the call letters for my online Gospel Radio Station ( Long Island City Praise Fm .com ) as well as issue the Call Sign WLIC-DB for two years. My purpose for choosing and registering the call sign letters WLIC was to match both the area that I reside in (Long Island City) and the name of my website Long Island City Praise Fm with the call letters.

**117.** NADB Issued the Call sign verification WLIC-DB to me over the internet on the spot and stated that I would receive the registration from the NADB by mail . I received a letter via US Postal Service about two months later I believe it was which again verified my digital registration for two years .I did expect that there should have been more than just a letter since NADB stated that it would also send along with the registration papers, it's website logo for registered call signs but the Logo was not included with the letter. I did not make a fuss over this because it was my first time registering an online radio station. I therefore made my own logo with the name WLIC -DB and one for my website WWW. WLICFMRADIO.COM which I initially placed on my website Long island city praise fm.

**118.** I now know given the circumstances, that the reason NADB did not send the Logo to me was because the corporation wanted to make sure that my website did not appear to be official. The corporation wanted to reissue my callsign elsewhere. I later became aware that the Corporate defendant Christian Calvery Baptist was using the Callsign that was issued to me through NADB By IRUC.

**119.** Having a callsign is critical to the success of an online radio station, it announces your presence on the internet making it easier for listeners to locate a radio station.With terrestrial radio quickly fading according to the professionals , digital Callsign letters are essential.

**120.** On March 27, 2017 , I opened an account with Shoutcheap Incorporated. I later became aware that instead of Shoutcast listing my stream as WLIC- DB which they should have done if it was to be listed at all on my behalf, Shoutcast instead listed my stream as Harleystream.

**121.** By listing my station as Harleystream, the Conspirators could thereby illegally run my radio station on their behalf or the behalf of anyone they chose as WLIC-DB without my knowledge or consent in an attempt to usurp my online radio station and call sign WLIC -DB. It is pointless to list a radio stations stream by a name other than its Callsign unless the listing individual has other intentions, which in fact they do. The Goal is to cause your station to be recognized by its Callsign. This is the equivalent of introducing a person or a corporation to the public by a name other than one which they intend to market with. This is completely counter productive. I do not advertise as Harleystream. In their action to usurp my broadcast and radio station identity, the defendants also removed my slogan ( "Long Island City Praise Fm, where the river flows with praise and song") .

**122.** For The Record, I am suing Carlos J. Rivera, Michael Hernandez and Paul Merell in their individual capacity as well as their Corporate Capacity for their active part in conspiring, sabotaging, access, violation of my civil rights, freedom of speech and religion, willful intent to harm me in addition to all other claims mentioned in this complaint and all other claims that are just . While these corporate fictions are in fact liable, and I am suing "them" for liability , a corporate fiction in and of "itself" cannot perform ill will. Ill will requires a body.

**123.** Approximately two months after purchasing and registering for the call Sign WLIC through the NADB, I began to have major problems with Shoutcheap Incorporated and StreamLicensing LLC . I opened an account with ShoutCheap Incorporated/ ShoutCheap Investment Group on March 27, 2017 as aforementioned.

**124.** On May 23, 2017 I opened an account with StreamLicensing Networks LLC. AKA ( www . streamlicensing .com) it's trademark, which a subsidiary of STARDOME DIGITAL MEDIA LLC./ STARDOME MEDIA GROUP LLC . affiliated with io2 Media.

**125.** The purpose of opening an account with a corporation such as Shoutcheap Investment Group is to purchase a stream through which a broadcaster and or online radio station can broadcast the contents of ones choice over the World Wide Web. Through this stream one would have the option to broadcast to more people than would be possible without it ( simultaneously). Shoutcast represented that the corporation would to provide a reliable stream that prevents interruption in broadcasting through a number of options that it provides. Interruption, meaning breaks in broadcasting of live and prerecorded shows during airtime, thereby providing a reliable stream for communication over the world wide web at the command and decresion of the Broadcaster or Online Radio Station.

**126.** The nature and function of Streamlicensing Network LLC. is that it claims to provide license coverage for a broadcasters and or online radio stations so that it may play copyrighted music and contents through the unions consent. In other words the corporation Streamlicensing stated that it would provide services that would license a broadcaster and or digital radio station in the United States making it's customers website's Copyright Compliant and Legal with ASCAP, BMI, SoundEXchange or SESAC.

**127.** Streamlicensing as a vendor also claims to gets better rates on licensing . Through said licensing and features the major unions then allocate royalties to the appropriate artist and writers of compositions. These features of StreamLicensing directs sales to outlets such as Amazon to generate more commerce for Artists and Broadcasters amongst a number of other things that it claims to performs. Streamlicensing intentionally disarrayed this feature through its HtML on my website thereby

preventing the flow of commerce.

**128.** Instead of providing the services which it claims to provide, Streamlicensing/ Stardome Media left me vulnerable: open to fees, fines and penalties from auditors from the unions. Streamlicensing/ Stardome Media deliberately interrupted a paying customers service repeatedly, thereby hampering my ability to broadcast. This was done by the corporations using a link that they provided to paying customers to place on their websites. In my case, when a listener clicked either of these links to hear the station, both of the links "Streamlicensing" and "i02 Media" were made to read "THIS STATION IS NOT LICENSED" , which was absolutely untrue and bad for business . Both links should have stated that I was licensed and legal to broadcast. Nevertheless, I was always payed in full.

**129.** My passwords were changed by Paul Merrell of Streamlicensing to prevent me from broadcasting. Mr. Merrell lied and stated via email that I requested a cancellation to get rid of me as a customer because the corporation had no grounds to turn me away as evidenced by **Exhibit W.** I did not at any time prior to discontinuing service with StreamLicensing/ Stardome Media in March of 2018 request cancelation, which I finally did via an email because of the vicious tactics and behavior of employees of Streamlicensing.

**130.** Mr. Merrell of Streamlicensing communicated with me via Streamlicensing onboard email service with the exception of two brief phone calls. These onboard messages where set up by the company to be sent back to my email account. In an attempt to get away with deliberately sabotaging my radio station and broadcast and to appear forthcoming, Mr. Merrell wrote one set of email messages to me onboard the Streamlicensing website which contained the truth of matters about how he repeatedly shut off my services and sent the edited version of our email conversations to my personal email account. After Defendant Merrell realized that I was at my limit with his buffoonery, he erased the onboard

Streamlicensing messages to get rid of the the evidence, however I was able to copy them before as well as the messages that were directed to my email account. . These email messages were supposed to be duplicate copies of the onboard streamlicensing email which all were not. Some of the email was so telling that Mr. Merell did not forward them to my email account, further proving that Streamlicensing, Mr. Paul Merrell and all aforementioned associates with this corporation intentionally sabotoged my Broadcasting. Why would Mr. Merrell omit and edit the email if he had done nothing wrong ? There were also instances that Streamlicensing , Anthony Hernandez, i02 Media, Stardome Media and Paul Merrell blamed other corporations for their failure to perform their responsibilities as licensors.

**131.** Thereby Streamlicensing Network LLC., Stardome Media, i02, Paul Merrell, Anthony Hernandez, Shoutcheap Investment Group and Carlos Rivera, violated my constitutional rights, freedom of speech, freedom of religion, freedom to teach, freedom from want and thought that it was cute, and amusing to do so. StreamLicensing on a repeated bases stopped and started my licensing with without proper or just cause leaving me uncovered to broadcast. In so doing, Streamlicensing hampered my ability to contribute to the world through music, ministry, and religion stopping the eb and flow of the Universe. Streaminglicensing breeched contract, Interfered with business relationships, stopped commerce, aided, abetted and facilitated a crime by assisting it's affiliates in doing the same.The price to pay for contracting the services of Streamlicensing and it affiliates is middle man interference and theft.

**132.** Upon information and belief Streamlicensing conspired with its affiliates to gain control of my branding, giving them ample time to gain momentum to sabotage me, move ahead with their plans to gain control of my radio station identity (WLIC-DB) under the pretense that it had every intention of providing the services which it claimed and contracted to do. Instead their intention is to use my station handle for themselves as their own and add it to their list of Radio stations controlled and owned by the defendants Carlos J, Rivera , Anthony M. Hernandez , Streamlicensing, Shoutcheap Investment

group, io2 Media , Stardom Entertainment , Stardom Media and others being assisted by Paul Merrell of Streamlicensing.

**133.** Paul Merrell and StreamLicensing did so by stalling me and ultimately stopping me from broadcasting while they set things in place to make it appear as if WLIC -DB, WLICFMRadio /Long Island city Praise fm.com had previously existed under their ownership and affiliates ownership which it did not as WLIC. The plan was to ultimately hijack and usurp my broadcast stream. StreamLicensing Network simply wanted to create a hostile take over (so to speak).They wanted me to bow out because of undue burden forced upon me that the "corporations" created for me as a customer.

**134.**The reoccurring theme is extremely plain to see. Each of the corporations where told not to provide services to me and to make it so difficult that I would to walk away. These are documented facts that cannot be disproved and gives further credence and credibility to the way that individuals were used to hide my posts to keep my voice from being heard in other venues.

**135.**Shoutcheap Investment Group began to broadcast my stream without my consent causing my radio station to be aired without my foreknowledge of this . At no point did any person at Shoupcheap ask for my consent to run my stream, nor was it listed for outsource with my consent at that juncture. Nevertheless, Carlos J. Rivera of ShoupCheap in fact took the liberty to broadcast my content and to list my stream without my consent illegally. I had a planned schedule in which I would broadcast. I caught this wrong doing and asked Carlos Rivera of Shoutcheap about this. **Exhibit X** proves that Mr. Rivera is responsible for this damage.

**136.** Shoutcheap also (deliberately) caused United States listeners to register "(login)" as European listeners in an attempt to cause me to be fined by the unions, thus to ultimately cause me to lose my

broadcasting license permanently. The defendants wanted my name Peggy Harley to be fined which is why they listed my stream in the directory in my family name (Harley) rather than the way that they should have as WLIC -DB and or Long Island City Praise Fm.

**137.** By listing my station as Harleystream, Potential listeners would not be able to find by broadcast/radio station. The culprits wanted to be free and clear to use my station handle and content without my knowledge. The plan was to stop me from broadcasting altogether in the infancy stages, which is what the corporations collectively did. My station never got off the ground because of these road blocks. In other words , I was blocked from officially beginning my Radio show.

**138.** StreamLicensing and Shoutcheap listed my stream with overseas corporations which they are directly affiliated with, particularly ONLINERADIOBOX knowing that my station is only licensed in the US. through Streamlicensing Network.

**139.** Certainly these defendants knew that this could cause me to lose my license to broadcast permanently if any Ascap or BMI union representative were to surveil my station website and believe that I was unlicensed . Certainly the defendants knew that their behavior would cause me loss of reputation and give the false appearance of me being unprofessional as I had advertised for three months straight, and was unable to produce because of the defendants adverse action and interference. After all they are licensing corporation that knows how to build a broadcast. Anyone who knows how to build a station or broadcast clearly knows how to destroy one.

**140.** With Knowledge and understanding of terrestrial radio, online radio and broadcasting, the Corporate defendants caused it to appear to visitors of my website that I had an unregister callsign and unlicensed radio station which was not the case.

**141.** When I questioned Paul Merrell of Streamlicensing about the overseas login issue by phone, he literally told me " I don't see broadcasting to Europe as a problem" when he knew that I was only licensed to broadcast in the US because he works for the License provider. I understood enough to know that his statement was purposeful misinformation. I knew what I was paying for and that wasn't it. Paul Merrell was trying to trick me into allowing my stream to be broadcasted to Europe without concern of overseas fines and fees. Merrell also stated this so that I would not have concern of Carlos J Rivera of Shoutcheap illegally broadcasting my station without my consent . It was Mr. Merrell's job to make sure that I did not have license coverage in the USA although I was paying for the licensing.

**142.** I terminated service with Streamlicensing in March of 2018 after numerous attempts of trying to get the corporation to hold up its end of the contract without success. Therefore I bring this complaint against them.

**143.** Shoutcheap Investment Group misappropriated money from my account, interfered with business relationships, conspired, converted, stopped freedom of speech and religion caused me physical illness based on the stress of dealing with and trying to correct the intentional wrong doings of these unscrupulous individuals. Together this was the plan of Michael Hernandez, Paul Merrell and Carlos J. Rivera at the direction of the Conspirator.

**144.** While Streamlicensing and Shoutcheap conspired and blocked me from going forward with broadcasting though various tactics of interference and distraction, I noticed that the call letters WLIC FM Radio began to appear all over the internet when it was not there prior to my registration with the NADB, after which the call sign WLIC-DB began to appear followed by WLIC FM Radio, which is a website domain that I registered with GODADDY LLC. I hold my domain Wlicfmradio.com with GODADDY on reserve which the defendants found out about , so they began to use Wlicfmradio

everywhere on the internet .The conspirators followed, mocked and spoofed every thing that I did online to obtain control over the names that I registered. This was done to try to add credibility to the conspirators intention of making me look as if I was stealing concepts and ideas from everywhere when in fact the Conspirator is constantly using individuals and Corporations to take what every I offer to the world.

**145.** Seeing the name of my Website WLICFMRADIO.com and my Callsign WLIC-DB in places on the world wide web that I had nothing to do with, prompted me to go over my receipt from my registration with Nation Association of Digital broadcasters ( NADB).

**146.** I noticed after reading my purchase receipt some months back that it read Internet Radio Uniform Callsign (IRUC). However, Nation Association of Digital broadcaster's website did not state that it was a third party vendor anywhere on its site. Ultimately NADB forwarded my purchase there which ended up being directed to PayPal .

**147.** Internet Radio Uniform Callsign (IRUC) is a website and Corporation that registers online radio stations Call Letter. One of its main function is to also make sure that the Callsign letters are not in conflict with other broadcaster and radio stations. When a third party vendor is involved, it is supposed to forward the License material back to the vendor, in this instance to NADB. From there NADB is expected to send the License to the individual or Corporation that purchased through NADB. I likely saw the IRUC logo on my receipt before but did not think anything of it because there was no issue at that time. However, the Nation Association of Digital broadcasters website did not state that it was a third party vendor.

**148.** It recently came to my attention that the NADB basically "stole" the call sign WLIC-DB which I paid

for and which they issued to me holding back the official registration placing it in a name other than mine. In other words, NADB withheld my registration sending me paperwork stating that it had registered the callsign WLIC-DB to me. They absounded said Callsign and made it available to their affiliates to use as their own. Christian Calvery Baptist church of Frostburg maryland (a terrestrial radio station), very recently appeared online using my callsign WLIC-DB and my website handle Wlicfmradio on the world wide web which they had not done prior to my registration of WLIC-DB and Wlicfmradio.com. I documented the changes of the corporation Christian Calvery Baptist Church as they illegal tried to assume my stations identity.This was the purpose of Streamlicensing and Shoutcheap deliberately stopping my progress with Long Island City Praise fm which is WLIC-DB. Moreover, the corporation Christian Calvery Baptist Church supposedly registered as a terrestrial radio station in Frostburg, Maryland with the FCC as WLIC which was back dated to 2015.This was done by using their previously registered station names which they registered with the FCC , turning it over 3 times into WLIC

.

**149.** It is utterly ridiculous for National Association of Digital Broadcaster and IRUC to issue the callsign which I purchased through them and sabotage my ownership of the very call sign barring the letters of the city in which I reside with all of the evidence surrounding this.

**150.** National Association of Digital Broadcasters represented on its website that customers would receive registration documentation within a week, instead these dishonest individuals waited about 2 months to send the paperwork to me , thereby giving them enough time to make all necessary changes to establish the outcome that they desired. NADB has since given their website a major overhaul attempting to change the evidence of its wrong doing.

**151.** On or about March 29 2017, I opened an account with MARVMENT ENTERTAINMENT LLC, AKA(Marvment ), which services as a Vendor for VEVO which is owned by Universal Music Group. on that day, I became aware that Marvment also operates as a vendor for artists to sell their songs and videos on Spotify .

**152.** I payed Marvment Entertainment to post my videos "Where Do I Stand" and " It Will Never Happen Again"on Vevo, which after muching toiling with the corporation took place. I also payed Marvment to place the MP3 version of "Where Do I Stand" on spotify which never materialized. This Corporation proved to be deliberately erroneous and unprofessional causing me great frustration so that I would not go forward with using their services to open an account with Vevo or sell my music via spotify.

**153.** Marvment Entertainment went as far as placing other artist pictures in place of mine over my video links. This prevented certain searches from showing that I was on VEVO and it promoted other artists, thereby breeching contract, conspiring, stopping commerce, and tortuously interfering . This is evidenced by **Exhibits Y** and **Z. Exhibit A1** which shows what viewers would find behind the link. Audiences would never know that I was the artist behind the photos. This was something that was deliberately done by Marvment Entertainment as part of their role in the conspiracy to sabotage me. In fact Marvment through its instructions tried to use less than subtle "hush" Butterfly programming tactics to prevent me from speaking out about what is happening to my family as seen in **Exhibit Y**. This occurred elsewhere on a number of occasion with the most unlikely of persons approaching me using the "sshh" finger symbolism.

**154.** Marvment Entertainment had complete control over what was placed on Vevo on behalf of it

clients. in other words , per the agreement Marvment did not have the liberty to place anything other than what the client supplied and payed them to to place on the Vevo platform on the artists behalf. I certainly did not submit pictures of other artists to represent me or my music online. I did not contract with Marment to promote other artist on my dollar and time, which they intentionally did..

**155.** I did not give in to Marvment's prejudice and intimidation tactics, therefore the consequences included a number of charades. At one point Marvment Entertainment told me that they were discontinuing my services with their company and that they had the right to refuse services to whomever they chose not to serve. This is evidenced by **Exhibit A2.** Because it would be illegal for the defending corporations to refuse serving me without cause, and they tried, they were instructed to move deeper into the conspiracy.The first plan was to control where and how my online posts appeared. You name it, the defendants did it and are still doing it. I refused to leave, so Marvment continued to cause me even greater disservice and dissatisfaction.

**156.** Marvment Entertainment employee's behavior became even more egregious and outrageous because I went directly to Tunecore to post my song "It will never happen again". It was clear that Marvment Entertainment would not provide the services that I requested with Spotify without playing games at my expense , trying to slow down my release process. The employees at Marvment were apparently assigned to get complete control of where my music went on the internet, but their extreme and deliberate unprofessionalism and sabotoge was the reason that I was unable to sell any of my MP3 songs through Marvment.

**157.** The plan of these corporations is to keep my voice from being heard and to assist in stealing everything that I create. Not everyone is willing to do a blood ritual, selling their soul to sell their music to get the consent of someone here on earth to do what they were placed in this earth to do. I rebuke that in the name of YHWH.

**158.**Tunecore was supposedly, specifically created for that reason, to help independent artists reach the masses without unnatural sacrifice, with their very own motto being "Sell your music, not your soul". That is Tunecore's very own slogan and claim not mine, because they know this is occurring. Instead Tunecore prevents artists who have a soul from selling their music. Those who can actually make a difference for good in this world are prevented from doing so by this corporation. This is a twisted breech of contract and the existence and premise of Tunecore is now based on a lie.

**159.** On or about March 29, 2017 I opened an account with TUNECORE INCORPORATED which does business on the worldwide web (connected to the USA through Guitar center). I do not believe that it is a coincidence that in August of 2015 I was hit by a car door which knocked me into a tree, causing me to hit my head on that tree snapping my neck in front of several witnesses. This was approximately 20 feet away from the Guitar Center in Long island City, NY. The reason that I still exist is purpose.

**160.** I brought the fact that I was nearly killed several times and that I had concern for my safety to the attention of the court even prior to August 2015 in An Appeal as of Right 12- 4679 and in the action 08 CIV 5791. These attempts have not stopped. The Appeal as of right was dismissed and stricken from the record on a so called procedural technicality. Likewise, so was the action 08 Civ 5791 stricken and it does not appear in the list of cases held by Judge Forrest publicly since her placement into office in 2011.

**161.** I decided to use TUNECORE INC. as aforementioned to place my R&B song "It will Never Happen Again" on Spotify, Apple, Itunes, Youtube and a number of other venues. The purpose of this corporation is to get artists music heard in a worldwide market on the web. Tunecore's essential question for marketing an artists music is asked of the artist : what genre of music best describes your sound and category and which popular artist do you believe you sound most like. The answers to these questions

dictate where the artist is placed among well known and up and coming artist and other Independent artist.

**162**. I informed TUNECORE that I should be placed in the R&B and Gospel categories and named specific artists. I did not state Country Music or any of the genres or categories that TuneCore representatives placed me in to hide my music . Tunecore deliberately placed my music in Google Play along side Country Music Artist, French Recordings , 50 and 60's music and books so that my music could not easily be found when R&B and Gospel music artist were selected by potential buyers. I also could not be found in suggestions among similar artists, which is absolutely necessary for Independent Artist. This is why TuneCore asks these questions.

**163**. Tunecore's failure to place my music in the appropriate genres was maliciously intended to prevent sales of my product. Initially, the goal of Tunecore as part of this conspiracy was also to prevent bringing attention to " It will never happen again" which would bring adverse attention to Shananchie Records, Ann Nesby, WbLS and others. It would also bring attention to the previous action 08 Civ 5791 in which I declared the April 13, 2012 Transcript to be tampered with, which it is. I declare this truth in this complaint as well. The action received enough attention for this to be of concern to the infringing defendants and officials of the action. It is my belief that any individual who is brave enough to state that a Transcript is tampered with is not only observed by those operating in the legal system , but also by the political world. I defend my honor and intellectual properties once again.

**164**. Moreover, because of this, I have also experienced Racial Cyber harassment and what I consider to be threats which could only emanate from the conspirator based on circumstantial evidence. I have attached two of many such documented incidents as **Exhibit A3** which is three pages. One exhibit refers to two men being killed in a fire at my family's exact home address. The other exhibit features "two

church monkeys" which was attached to my Long Island City Praise Fm Facebook page and refers to me by name. This is supposed to refer to my sister and me as Monkey's. These individual are doing everything that they can to cyber harass and discourage me from continuing to stay visible on the world wide Web.

**165**. Going back,Tunecore's business ethics equate to a modus operandi such as : If you do something wrong stick with it and tweak it. Tunecore has already ruined and destroyed my release of "It Will Never Happen Again " in 2017 which they continue to do in 2018 with its antics. When Tunecore realized I had a civil rights action, because I terminated services with Streamlicensing and Shoutcheap, at that point Tunecore added one of my " Religious messages" to the my Tunecore R&B Youtube line up that they created along with a number of other posts of mine on Youtube that they did not have any right or standing to connect , yet have the ability to do.These particular post are not computer generated into position. TuneCore also added Legal issues and other topic to my music Youtube lineup just as they did in other online venues. I had already written to TuneCore about it's failure to create my Youtube page which I payed for and after the Youtube page was generated by Tuncore, the employees made several intention errors within it.

**166.** Initially there was a side bar created on Google in my name which showed a picture of me and pictures of affiliates that I was associated with such as Mariah Carey, Walter Afernasiath, and Todd Terry. Tunecore removed these connections to govern my presence on the internet, to take away my musical credibility and to keep me out of the the musical loop so to speak. This prevented musical connections to well known artist which increases online visibility, sales ,good reputation and traffic. I payed Tunecore to help with sales not to detour sales, make me less visible online and aid and abet with harassing me along with the defendants and Spearhead. Tunecore did all of these things.

**167.** Tunecore removed the contents of my side bar for several months basically leaving it empty when it was the corporations job to advertise my song release "It Will Never Happen Again" on that side bar as well direct to where it could be purchased online. The way that this was done was by needlessly erasing my connected credits from Wikipedia and through other methods which can generate the side bar for Google as evidenced by **Exhibit A4**.

**168.** Wikipedia is a Major site that greatly enhances ones online presence. When I asked Tunecore why the corporation had not properly set up my Google Side bar, Tunecore claimed that I needed to be connected to Wikipedia and a couple of other sites to generate a side bar on Google although I was already connect to Wikipedia. Tunecore representatives were already well aware there was a page set up in my name on Wikipedia because Tunecore assisted with the needless tampering of my Wikipedia page to aid in spreading the New York Times Article throughout the Web again in 2017 and for future negative purposes which occurred after the employees realize that I would not stop trying to promote my music inspite of each of the defendants efforts. If Tunecore admitted to knowing that I was already on Wikipedia , it would blatantly admit that they were associated with removing my credits from Wikipedia and repeatedly placing the New York Times article within my Wikipedia page which they are .

**169.** After almost a year, Tunecore decided to set things up in an almost proper manner which was what I paid for about a year ago in the first place. These changes occurred after it came to their attention that I would be filing this claim only to hide Tunecores wrong doing. The damage by Tunecore has already been done and based on my experience with this corporation and it's employees, they are a stubborn corporation, resistant to proper business conduct. Tunecore repeatedly breeched our contract at my expense and since my computer is tapped and tracked by known connections without my consent, the Conspirator and Defendants generally respond by counteracting, covering their tracks through knowledge of places that I have visited online and what I am doing in my computer.

**170.** The fact that I did not have a relationship with TuneCore, Marvment , Streamlicensing, Shoutcheap, Anthony M. Hernandez, Paul Merrell or Carlos J. Riveria prior to recently contracting with these corporations for services evidences conspiracy. Therefore there could be no motive to cause me harm other than the fact that these individuals and defending corporations have been instructed to do so.Therein lies the fact that I have been BlackBalled which I stated in the prior action as well as this present claim.

**171.** It was the plan of Ann Nesby and her team to sabotage my forth coming Gospel Album release relatively in the same manner in which she did with my composition "It Will Never Happen Again". This was done by ripping off my composition "It will Never Happen again" and releasing the infringing composition " I Apologize" before I could release my work. This time the defendant had to intercept "Thank You Lord" which is a Gospel Standard that I sang and placed on the internet as well as my forth coming full length Gospel CD, on which I was set to release my composition entitled " Thank You For Loving Me". Ms. Nesby's planned to stop me from moving forward with my new project while she released a song she titled "Thank You For Favor" after she used my friends and associate to block me from doing so. The way that Ann Nesby got word of my work "Thank You For Loving Me is no mystery to me, because I never promoted this publicly.

**172.** Ms. Nesby got the idea to add the extension (For Favor) after she her heard Dr. Mary Kimble state that "Peggy has the Favor of God" on her live facebook show. The defendant shifted her online post of around after I visited the Federal Bureau of Investigation on July 3, 2017, she then began to state online that her latest release was a club song, rather than "Thank You For Favor". However, based on a live clip, Ms. Nesby's song is too close to mine for comfort. I have not yet heard the studio recording of the song which would make this plain. I will be suing Ms. Nesby for this matter if her studio recording proves to

infringe upon substantial portions of my composition "Thank You For Loving Me".

**173.** Another shift of the defendants posts to hide the online harassment that she was causing me occurred at the time when Lisa Evers of Fox Five aired her series on (Copyright Infringement). After the series ended, the harassment began full blast once again. There were various things that related directly and indirectly to my life in that overall news episode.

**174.** One of a few things could occur, Ann Nesby and her team would cause me enough trouble through cyber harassment to slow down my Gospel Album release, which the defendants have in fact done or we would both have a song with similar contents and titles "Thank Your for loving me" and "Thank You for Favor" out at the same time. I do not know at this time if Ms Nesby's forth coming CD has any of my musical works on it without my consent, which is said to be a re-release with new songs added, as I have not yet heard the release of new songs. I do know that she is was marketing "Thank You for Favor" online. There are no odds of this occurring a second time except that it be intentional

**175.** My intentions for the first release of "Thank You Lord" was to provide music and ministry for women's prison facilities and to help the producer with funds for his father to purchase a new home. I used a track for that song as there was no need to have this Gospel Standard reproduced as it is a solid track, and doing so would be beneficial to others.

**176.** I set my station Long Island City Praise Fm/ WLIC-DB up to direct purchases to the Artist and producers of music tracks on Amazon. However, Streamlicensing deliberately disarrayed the program, by matching the songs to inappropriate artist to cause copyright issues on my end. I confronted the corporation about this and Paul Merrell of Streamlicensing Network LLC. claimed that the defendant ShoutCast was responsible for the problem. So, at that Juncture I was being attacked on a few known fronts which were Ann Nesby and her team and the corporations simultaneously.

**177.** Defendants Ann Nesby, Justin Cooper and Timothy w. Lee lined my Gospel music posts up so that they would be found among pornography in search Engines. It was disgusting and alarming to see my face lined up beside that. The madness goes on and on with the defendants and the officials instructing this behavior

**178.** Ann Nesby and her team used an old friend of mine by the name of Yedidah Spann to post a copy of the exact same track by the same producer of Thank You Lord that I used on her Facebook page for sale which I annex as **Exhibit A5.** I remember Ms. spann previously asking me who the producer was, I never told her because I sensed that she was up to something, so I avoided giving her an answer. The plan of Ann Nesby and her team which now included Ms. Spann, was to direct and drive any commerce that they believed that I was making away from me, amongst a host of other tricks.

**179.** Ms. Spann asked me several times If I had gone to her facebook page during our phone conversations. I told her no because I had not been on Facebook much lately and that I was focusing on other things. Apparently Ms. Spann wanted me to find out that she posted the track on her facebook page. When I finally saw the post, I asked Ms. spann why she posted the track. Ms. Spann stated, " I didn't know it was the same track." This was obviously fabricated. I asked her why out of the thousands of versions of "Thank You Lord" did she decide to post the same version that I used to record with. She went off yelling as if she was the victim. I then told her "If you think the right thing to do is to have that post on your Facebook page, then leave it up there." I had already questioned her about writing similar post as mine. I explained to Ms. Spann that our differences are good and that it works that way which is why I invited her as a guest host. I didn't fully understand why she had done this at the time, but I later figured out why. Ms Spann was trying to embarrass me because I used a pre-recorded track hoping that I would delete it to make way for Ann Nesby and "Thank You For Favor" . This was another effort on her

part to get me to take the song down so that Ann Nesby could have what I have noticed to be her custom July record release.

**180.** Why would Ms. Spann create a conflict of interest? It is no wonder that I was spiritually prompted to add the Lyric "When Friends turn their backs on me , and sell me out for a dollar" to the recording of "Thank You Lord"

**181.** After a useless and shameless ploy for attention and shifting blame, Ms. Spann hung up the phone and maybe a half hour later she called back, this time stating that she had not taken the post down. Once again Ms. spann went on with her attempt to make me believe that she was innocent. This time she stated out of nowhere, "please leave me and my daughter alone". This went on for minutes before she hung up again. I have only met her daughter one time which was on April 19, 2017, Ms. Spanns birthday . I reconnected with Ms. Spann on Facebook in 2016 after deciding not to have anything else to do with her in 2005.That conversation was the last time that I spoke to Ms. Spann. I blocked her from my contact list and incoming phone list, following which she left several soliloquy text messages rambling on about her innocence, the Lord, and to leave her daughter alone also stating that it was okay if I wanted to take her off the broadcast which I did not state because the radio show had not gotten a start yet due to interference from the defendants. It was absolutely phony ; a psychological rampage to gain control of the situation. Any time I have ever heard someone use the phrase "And I repeat " as Ms. Spann did in her text, deception followed **Exhibit A6 .** This phrase doesn't even flow naturally in the course of a conversation. Of course Ms. Spann called back more than a week later. She needed a way to stay connected to me so that the defendants could continue to use her while they worked at ruining my credibility, stealing my radio station and trying to destroy everything that I offered to the public.

**182 .** Prior to Ms. Spann's attempt to sabotage what I was doing with Thank You Lord on my radio station and facebook page, Just after I posted "It Will Never Happen Again" on my Facebook page, no more

than 5 minutes later, Ms. Spann immediately copied my post of me singing "Thank You Lord" onto her page sending it through the feed to take the attention away from "It Will Never Happen Again" and to place it onto , Thank You Lord at the time. She then sent a message to me asking me to post it to the top of my page which would have been directly above what I had just posted. This was the total opposite of what I was trying to accomplish in that moment which was marketing It Will Never Happen Again so I told her no, and that I already posted the song Thank You Lord on my page recently and instead, I would like and comment on the post on her page which I did.

**183.** Everything was very calculated with Ms. Spann. After I liked the post on her page, I later noticed that my post of the song "Thank You Lord" was nowhere to be found (on my page), I could not locate the original post that I linked to facebook from youtube. In some way the post was hidden from my facebook page for many months, but it could be found on my wall. The only option that the post itself would allow from the (outside wall was deletion). There were no options for changes and then that particular post (the post directed from Youtube) of the song disappeared.

**184.** . Enter Ms. Ann Nesby with "Thank You For Favor" for sale on the web in 2017 with a fabricated back dated post of 2013. I previously informed the court that is Ms. Nesbys altered dates to fit whatever deceitful plan she has at the moment. "Thank You For Favor" should not be confused with any other song by Ms. Nesby with thank you in the title.

**185.** My post of Thank You Lord resurfaced on my facebook page, I believe in February of 2018 when I started removing any connection that I could find that still remained with Ms. spann. Although I unfriended Ms. Spann in June 2017 and later blocked her page in 2018, somehow her Facebook page is still connected to mine in 2018 . The defendants spend (present tense) a lot of time going in and out of my accounts at their leisure doing basically whatever they please to accomplish their agendas which is a

violation of privacy.

**186**. Disconnecting from Ms. Spann personally did not stop her. Ms. Spann along with the other defendants who invited her to harm me, continue on with their plans to sabotage me, destroy my credibility, cause me loss of reputation and to stop commerce amongst many other things since they were aware that I opened accounts with the other defending corporations

**187**. The plans of the spearhead and defendants party to this action are vast and huge, with many components to it. But the foremost is to destroy my family, to rewrite history and to take credit for my works, life experiences pain and suffering. It's about blood line. For what other reason would this needless torture continue.

**188.** Now, instead of the officials fixing their intentional errors they have compounded their wrong doing by taking the issues within this complaint, as well as other real life issues that my family and me walk through in hardship everyday, and have made a mockery of the painful experiences forced upon us by these officials.

**189**. Our truths and issues have been delegated out to other officials to tackle before my claim hits the Public docket by Senior Judge William H. Pauley of this Supreme Court Southern District of New York. Any official within and without this city who has received an issue to cover is fully aware of this truth. Every date and event in my claim and others not included in this claim, supercedes the fake news and mimicking claims released through the media by the hand of Judge William H. Pauley

**190**. The Record shows that for each court date that a judge or official has scheduled my family to appear at since I began writing this claim several months ago was scheduled and intended to distract and prevent me from filing this claim before the issues within it were spill out to the media. This was

done to take the sensation of these truths out of my claim. These officers have used this time to cover up issues on the record and make documented excuses for what has already occurred and is currently happening to my family to protect their careers and reputation. Nevertheless, It does not negate all that my family and I continue to suffer at their hands. We are in no way made whole, given a new start or fresh opportunities, but rather persecuted all the more through this network of officials.

**191.** The goal and outcome of these schemes will be to ultimately try to pass a law that protects Judges against claims of wrong doing and to grant them further immunity. Judges are not god's. This is a "Drown Liberty" bottle scheme, meaning (Drown Freedom) and it is unconstitutional.I beseech the creator to prevent any such law from being placed into existence for the sake of the people.

**192 .** The goal initially was to harass me so immensely, that there would be no other recourse for me except to go before the court. This would place me within the jurisdiction of the officials named in this action who have harmed my family repeatedly to cause us further damage and torts. The defendants therefore intentionally recreated the same crimes against me and created new issues with new parties to solidify their terribly botched up plans. However, it was not anticipated that I would include officials as the thread. The Record speaks for itself .

**193.** Based on the facts of the record for 08 civ 5791 and the present injustices perpetrated against my family and me, I believe that these officials have come together behind the scenes with the defendants to destroy me and to avoid being exposed for the regular injustices that they commit against citizens every day. It is a regular of course action, a way of life for them. Therefore the defending parties in the action and those named in it are receiving help to cover their tracks. As aforementioned, my computer phones lines and apartment are tapped. If you have this much proof of being harassed and mistreated by officials of the city and the court, it is the inevitable that one phones and computers are tapped.

**194.** Upon information and belief, a plan was created to overture the courts original decision of my victory for "It Will Never Happen Again, to thereby exonerate Judge Forrest for tampering with an official Transcript. I declare again this day that the April 13, 2012 Official transcript has been tampered with and I do not consent to any attempt to overturn my victory in the action 08 civ 5791.

**195.** Going back, the defendants believed that Ms. Spann was the perfect candidate for revealing what some might refer to as trade secrets and the insider scoop since I've known her for years. It looks as though she was likely promised to become the face of Long Island City Praise Fm, if she could intercept my plans for my Broadcast. The plan of the culprits at first was to use the individuals that I lined up as the faces of Long Island city Praise Fm /WLIC FM Radio after a takeover. Not long after after Ms. Spann and the other defendants sabotaged my radio show, Ms Spann began broadcasting on a radio show on September 11, 2017.

**196.** Ms. Spann made many suggestions to me to close my Facebook page claiming that she was going to do so because (the Lord was telling her to do this). I told her that I did not hear any such message from the Lord, in fact , I was feeling the opposite way.

**197**. At one Juncture Ms. Spann changed the name of her facebook page from Message To The Wounded to Yedidah- Inspiration as evidenced by **Exhibit A7.** I had already provided Ms. Spann with the name that I had chosen for the show that she would appear on on Long Island City Praise fm. I named it "Peaceful Inspirations" . I provided the name to her verbally over the phone only. I questioned Ms. Spann about this asking her why she changed the name of her page to Yedidah - "Inspiration" after using the name Message to the wounded for years. Ms. Spann stated "only because I was already using the word (Inspiration) in my posts already". I explained to Ms. Spann that I had already named the show "Peaceful Inspirations" , which of course she already knew, and that it really was supposed to exclusive to Long Island City Praise Fm. I simply stated okay, no problem I'll just use another name because I haven't

posted the names of the shows on the stations website anyway. I let that go as well because I had a more than a 30 year "friendship" to consider ending and moving on from again. I am quite flexible on things when it comes to friends and people that I know personally, so Ms. Spann took advantage of this. However, my flexibility leaned in a direction other than what Ms. Spann expected which ultimately uncovered the truth of her intentions.

**198.** I'm not certain of whether Ms. Spann knew why she was told to use the name "Inspirations" alone, It took me a while to figure this out as well .What I did know is that she was working contrary to all that we should have been accomplishing. After some time went by, and another incident occurred, Ms. Spann then changed the name of her page back to (Message to the Wounded- Be resilient).

**199.** I later figured out that Ms. Spann was trying to get me to post the the name "Inspiration" to put me in legal conflict with Liz Black- Inspirations Of WLIB/(WBLS) (Immis communications). However, the name "Peaceful Inspirations" came into existence before Liz Black's show Inspirations. In retrospect, I see that the defendants thought it would make her appear to be a victim of my planning. Ms. Spann is no victim and this scheme is not much different from what I experienced shortly before I began the instant action 08 Civ 5791. It was not the first time that a corporation has tried to steal a business out from under me and it is very obvious that it was related to the defendants of 08 Civ 5791 and my composition "It Will Never Happen Again". Officers of the court facilitated aided and abetted in stealing from me.

**200.** In or about the month of June of 2006, I began communicating with Account Executives at WBLS . Ultimately I connected with Isabella Laforet of WBLS- Immis communications and visited her on the premises of 3 Park Avenue , 41st Floor New York, NY 10016 to discuss spot rates previously given to me as evidenced by **Exhibit A8** (*Please note that the date of the email is August 31, 2006*).

**201.** Following the meeting with Ms. LaForet, I purchased a number of radio spots to run my commercial for "It Will Never Happen Again" on the station WBLS evidenced by **Exhibit A9**. Within the commercial, my record label Four Am Records introduced the product.

**202.** During this time while I was a paying customer of WBLS, radio host Champaine was kind enough to give my simplified press Kit to DJ Vaughn Harper which ensued the communication and meeting between Mr. Harper and myself evidenced by **Exhibits A10 and A11 . 224.** Vaughn Harper of WBLS (now deceased) was not charged at all and got off scott-free although he spearheaded the entire conspiracy. I believe this was because of his societal affiliations. Hence the Lawsuit 08 CIV 5791

**203**. Decades ago, I started FOUR AM RECORDS . I did business under that name for years. I recorded songs on my Label in 1999 doing shows and documented business under the Labels name through 2003 and years to follow evidenced by **Exhibits A12** and **A13 .** My recordings were in stores such as Sam Goodys, Virgin Records and Tower Records to name a few venues. My website dedicated several pages to FOUR AM RECORDS. My company had a web presence.

**204.** In 2004 I registered FOUR AM RECORDS as a limited liability corporation continuing on to do business under the name which is evidenced by **Exhibits A14, A15** and **A16.**

**205.** While I was doing business with WBLS, In the month of August 2006 to be exact ; unbeknownst to me an Attorney by the Name of Michael Kraines set out to deliberately steal my record company out from under me which is evidenced by **Exhibit A17 ,** a Myspace post dated August 19, 2006 in which Attorney Kraines states "Due to a variety of legal issues, we have finally concluded that we would need to change the name of our new label to "4AM Records" from an earlier name. Please feel free to check us out at 4amrecords here on Myspace or else at www. 4amrecords.com . Note also that both destination are currently at "place keeper" status; the actual sites are being developed at this time."

**206.** For the record, this was not by any means the first time that Michael Kraines set out to unethically steal a corporation. Mr. Kraines has done so numerous times and was previously found guilty of this crime in a court of law. Mr. Kraines was fully aware of the fact that I was operating under the name Four AM Records /4am Records when he decided to perform a hostile take over of my company which was established for many years.

**207.** As recent facts and information have become available in 2018 I am sueing Michael Kraines in his individual capasity as a conspirator who aided, abetted and facilitated a crime,I am seeing him for unethical behavior and conduct unbecoming of an officer of the court how has sworn to the hypocratic oath, bad faith, harming the public, violation of my constitutional rights, Fraud, filtering funds, filtering the theft of a corporation through online corporations, stopping and blocking prosecution and interfering with justice. I am suing for every penny that Mr. Kraines made under Four Am Records associated with me.

**208.** When I became aware of the crime committed by Attorney Michaeal Kraines, it was about the time that I had filed my Amended complaint.

**209.** Mr. Kraines intention was to prevent my lawsuit 08 Civ 5791 from going forward, and if it did Kraines was there as a clean up man to reap the rewards of my labor of many years. Mr. Kraines is a thief and a bad faith attorney with deliberate intentions to steal. This kind of Attorney is the reason many citizens are afraid to garner legal representation

**210.** If Mr. Kraines intentions were pure, he likely would have been interviewed in the New York Times article, A Suit Remarkable but familiar, because Four Am Records was listed in my claim as the Record Label. Why would the New York Times draw attention to an obvious conspirator of the crime It wouldn't . As an attorney if at no other point, the published listing of the Lawsuit by the Supreme

Court was knowledge enough and there was enough documented online published proof as well. Mr. Kraines was not interviewed because he was placed there to front as the owner of my company by the defending corporations to block me. It is clear that Mr. kraines was watching my every move waiting for an opportunity to usurp my corporation.

**211.** Going back again, the way that I expected to begin shows on Long island city praise fm / WLIC-DB with the host and guest host is that they would provide a pre- recorded shows with the songs and messages of their choice that were in keeping with Long Island City Praise Fm's Concepts. In some cases I choose the pre-recorded tracks from their preexisting sermons that I believe best represented that hosts which they agreed to. I requested that Ms. spann provide a recording and list of songs which she did.

**212 .** To my surprise, I noticed that Ms. Spanns pre- recorded MP3 that she submitted to me had the name " **Peaceful Insperations**" attached to it. It was misspelled with the letter (e) instead of an (i). I asked Ms. Spann about this, I stated " You don't know how to spell Inspirations? It is misspelled on the Mp3" . she replied oh, it is? I thought it was a bit strange at the time that she would misspell the word. something didn't feel right about that.

**213.** Notice that Inspiration is spelled correctly on Ms. Spann's Facebook page evidenced by **Exhibit A7** I saved my correspondence with Ms. Spann. which will show that I did not provide the name to her at anytime via email, but the emails will show that she deliberately misspelled the word "Insperations" to set me up. I provided the name to Ms. Spann over the telephone. I did not provide the name to her at anytime in writing or in person . The email and submissions from Ms. Spann pre-dates the one time that I saw Ms. Spann after more than ten years on April 19, 2017. The only logical reason for this is that Ms. Spann was instructed to do so. Ms. Spann is a willing participant looking for any measure of success by any method and means that she can find. What a friend. Ms. Spann deserves everything that the Universe provides to her both the good and bad .

**214.** This is in keeping with Mr. Weisers article in which he attempts to establish that I misspell everything, somehow implying a lack of intelligence. Nothing spells illiterate like misspellings, grammatical errors and residing in the projects I guess. It is an elaborate scheme to create the illusion that when there are misspellings and grammatical errors found in posts (made by the defendants ) with my name attached to them , that I am the one who posted them in addition to supposedly immulating my writing style as evidenced by the fake page on LinkedIn This page indicates that the individual had great insight to the former action and actively watches my moves on line. I explain this in greater detail further along in this claim.

**215.** The spearhead and defendants wanted me to accuse WBLS, Immis Communications , Cravath, Swaine & and Moore, Judge Forrest and other corporations of sabotaging and interfering with business relationships. I don't need to accuse Judge Forrest of anything as I present documented facts of these matters as exhibits affixed.

**216. Exhibit A18** shows a picture of Mark Bass on Facebook as formerly employed by the Law firm Cravath, Swaine and Moore. I've known Mr. Bass for more than twenty years, and I have never heard from him or anyone else that we know in common say that Mr. Bass worked for the firm Cravath, Swaine and Moore. And while it may be a fact that Mr. Bass at one point worked for Cravath, I doubt very strongly that he had any Idea that Judge Forrest was once a partner for the Firm. Of all the millions of people in this world, Mark Bass had the opportunity to work for Cravath Swaine and Moore as an AV Tech. What a blessing.

**217.** The goal here was to set me up in a legal fight with two worldwide heavy hitters WBLS, Immis Communication and Cravath, Swaine & Moore, thus providing Power House lawyers for Yedidah Spann and Mark Bass. The most profound questions here are, who needs a voice in this claim that cannot

testify in it ? Who would benefit from planting evidence that could potential harm my claims? This form of conspiring does a number of things, it accuses, it exonerates, it entraps and ostracizes. Only someone who is deeply rooted in evil would devise such a plan. It is so intricate, it's like designing the barcode evil.

**218.** Another individual that I that invited to Host on Long Island City Praise Fm. is Mr. Mark Gaymon of Long Island City, whom I have known for more than twenty-five years. Mr. Gaymon formerly went by the performing name of DJ Mad Mark and currently as DJ Mark, not to be confused with another DJ Mark who now appears all over the internet who looks very much like Mr. Gaymon. Mr. Gaymon is pretty much a life long resident of NYCHA Queensbridge Houses as I am, so I thought it would be a great idea to include him in my broadcasts as well.

**219.** I caught up with Mr. Gaymon on Facebook and invited him to be a part of the show via a facebook message . We then communicated on the phone about the show from there. I generally see Mr. Gaymon either a block ahead or behind me in our community although he regularly sees and talks with my family members. We have always had an unusual association.

**220.** After speaking with Mr. Gaymon on the phone I requested that he put together a list of Gospel Songs for shows as well as to record two introductions for Long Island City Praise Fm which he did. Mr. Gaymon submitted seven CD's of Gospel songs of his choosing for shows and the two introductions requested. All Seven song lists were hand written, which I did not find unusual since Mr. Gaymon has always had exceptional penmanship. However, the hand written list could later be used to attach Mr. Gaymon to this particular arrangement of music which I noticed is the case with each person that was used to cause me harm. There is distinctive personalization of their involvement.

**221.** Although I invited Mr. Gaymon to Host/ DJ on WIIC -DB/ WLICFMRADIO.COM, I did not invite Mr. Gaymon as a friend on Facebook because I knew that the Defendant would somehow use that to

interfere with the connection. However, Mr. Gaymon sent a Facebook friend request to me which I believed I was then obligated to accept. Shortly after accepting the friend request, Mr. Gaymon began sending every post on my page out into the public feed repeatedly with the exception of posts that were associated with woman groups. I sent messages to Mr. Gaymon and even called him about this, but he never gave a decent explanation for this. I explained to Mr. Gaymon that by repeatedly sending my posts out to the public feed he was interrupting the flow of my marketing strategy on Facebook causing over kill. At first he stated that he didn't know what I was talking about and that it was not him who was doing this. I explained to Mr. Gaymon that I needed to block his page to prevent this from happening . When it continued to occur, I again explained to Mr. Gaymon that it would bore the public by sending out the same post repeatedly rather than engage them. Mr. Gaymon or someone operating through his Facebook page continued to do so until I discovered that I was blocked from his page first, after which Mr. Gaymon stopped answering my calls and messages. The last time I heard anything from or about Mr. Gaymon on Facebook was through a facebook post from his niece which informed the public of the death of Mr. Gaymon's brother whom I knew. I expressed my condolences through the post a day or so before Mr. Gaymon saw a family member of mine in the neighborhood . Mr. Gaymon asked if my family knew that his brother passed away and that his funeral was on that day. He stated that his brother was found deceased out of the blue in his own apartment (not in L.I.C.) and that no one knows what occurred. Shortly after Mr. Gaymon was moved out of Queensbridge Houses into Ravenswood Projects.

**222.** With regard to defendants Justin O. Cooper, who works closely with singer Ann Nesby, Mr. Cooper previously published and posted defamatory statements about me in more than 50 online magazines, newspapers and social media sites from 2008 through 2010 via his immediate press release and other sources .Cooper was instructed to do so by defendants Ann Nesby and her husband Timothy Lee through their company's Labor Force Management and It's Time Child Records. I annex a copy of Mr. Coopers media releases as **Exhibit A 19** (two pages). Mr. Cooper managed to avoid being found for

Servicing three times in the previous action therefore he was not party.

**223.** Mr. Cooper stated that my claims of copyright infringement against Defendant Ann Nesby were calculating and delusional, claiming that I was a malicious purported singer/ songwriter/producer. Cooper also claimed that neither Labor Force Management, It's Time Child Records or Ann Nesby had professional or personal relationships with WBLS DJ Vaughn Harper. Ann Nesby and her husband swore to this in the former action which is a complete lie. I have attached **EXHIBIT A 20** which I submitted in discovery, (a copy of the back of the defendants CD cover) to show that Ann Nebsy and her team willfully deceived the court regarding this. Ms Nesby and her team should have been charged with perjury, defamation of character, and failure to appear, but they got away with that too unscathed .

**224.** Referring to someone as delusional and malicious over the World Wide Web and in news paper articles is certainly defamatory and damaging to ones reputation and career particularly when Mr. Cooper was fully aware of the truth. Furthermore, my musical credits could easily be found online prior to Mr.Cooper taking the time to participate in hiding them in internet searches in the interest of making it appear as if I did not any have roots in the industry . Cooper's extreme trickery and wickedness has in fact been proven to be calculating in his very own publication of lies. Some publicist would not print defendant Cooper's press release exactly the way that he wrote it because they knew that it was defamatory. The results of the action 08 CIV 5791 proves that Mr. Cooper defamed me and hurt my reputation causing me damages. which he is still doing in 2018.

**225.** Mr. Justin Cooper has in fact caused me damages, as recent as 2018 . For this reason I am suing him in this present claim in 2018 . Cooper tampered with and closed several of my email accounts, opened accounts in my name which is legally considered to be Identity theft, thereby effecting my reputation, livelihood and ability to eat. I have been stalked online by Defendant Cooper

at all hours of the day and by others in their crew . They have even made changes to my social media accounts within seconds and minutes of my posting . Cooper used his skills and knowledge of computers and the internet to assist in hiding many of my professional credits both in the past and as recent as 2018.

**226.** Of a certainty Mr. Cooper and other defendants party and non party to this action are backtracking, by erasing online evidence against them.

**227.** Defendant cooper has hacked into my Youtube and Facebook pages through his own personal facebook pages changing his Facebook "handle" several times. Cooper has also used his Corporate Facebook page JOC Media ( Justin Oshea Cooper Media) to hack into my facebook accounts. Therefore, I am also suing JOC Media Entertainment.

**228.** In many instances Mr. Cooper has been assisted by Stephanie Furlow (an employee of the United States Post Office/ Union Representative) as well as Yedidah Spann via their Facebook pages and alias' to assist by making every attempt to block my and hide my publications . I worked with Stephanie Furlow at the post office with Jonathan Chapple Sr. the father of Jonathan Chapple Jr. They are familar with each other. Jonathan Chapple Jr. was expected to appear on my broadcast and now works at the Post Office with Stephanie Furlow as well. Ultimately, together Defendant Cooper, Stephanie Furlow and Yedidah Spann collaborated to sabotaged the release of my forth coming Gospel CD, which would have been released by now as well as by broadcasting and effect my publications and visibility adversely.

**229.** Had Elder Jonathan Chapple Senior covered me in prayer, as I made a specific request of him to do so in 2015 because I was going out, this situation would in fact have (different dynamics). To every reader of this claim from the House of God with authoritative responsibility, please cover the Saints. When you

don't you leave us open to Judges 19 :24 KJV. But above all, God covers me.

**230.** Both Yedidah Spann and Jonathan Chapple's wesbsites were created in 2017 based on my suggestions and because of my radio show. Neither Ms. Spann or Mr. Chapple had websites at the time of my invitation to them to Co-host on Long Island City Praise Fm. The timing of the creation of their websites evidences this in **Exhibit A 21** and A22 **.**

**231.** The contents of their websites have since been entirely scrubbed to hide evidence of the connection between the other defendants and to hide the trail used to sabotage what I was building with Long Island CityPraise Fm evidenced by **Exhibits A23** and **A24** . Ms. Spann and Mr. Chapples websites were used as additional conduits for attaching my posts and websites wherever the the defendants wanted information concerning me to appear on the internet.

**232.** I visited the websites of both Mr. Chapple and Ms. spann on the date affixed to the Exhibits because the defendants continued to harass me online . At that point they were certain that I knew who was doing the damage. Both of the defendants website were basically out of commission at the same time. Ms. Spann and Mr. Chapple do not know each other, but they were both previously expected to be on my broadcast, which again proves given the circumstances, that the direction to shut down their websites came from an overseer. However, I cannot say that they were not in communication unbeknownst to me.

**233.** Jonathan Chapple's website stated that (there's a typo or the page name has changed). This occurred out of nowhere, compliments of GoDaddy helping to cover the defendants tracks. Mr. Chapple's websites name was changed to contain two (ii) instead of two (LL) so that viewers could not access the site while it was being scrubbed. Ms. Spann's site show a "This site can't be reached" message. GoDaddy caused the sites to have two different problems to try to make the issues appear to be authentic and unplanned when it absolutely was not .

**234. Exhibit A25** shows the website name that Mr. Chapple advertised under. Naturally I visited Mr. Chapples website prior to the fake change, as we were expected to work together and it was not spelled with two (ii's) . **Exhibit A26** shows when Ms. Spann's website expired.

**235.** It is the corporation GoDaddy LLC. that continues to assist each of the defendants, both individual and corporate and the conspirators in great part with interfering and sabotaging me on the World Wide Web.

**RELEVANT CASE HISTORY OF 08 CIV 5791**

**235.** Because Defendants Shanachie Records, Ann Nesby and her team only received a slap on the wrist for Copyright Infringement the last time that they violated Federal Laws, they are comfortable with repeatedly violating me, causing me numerous torts including severe illness. In fact Ann Nesby Shanachie Records, Shanachie Entertainment, Its time Child Records, Labor Force management and Roosevelt George are still illegally marketing "I Apologize" in 2018 without my consent and without paying me a dime which infringes upon my intellectual property once again.

**236.** I petitioned the court in a Motion for injunctive Relief Against Ann Nesby, Shanachie Records and others **Exhibit A27,** but Judge Forrest through her Order denied the Motion because Roger Juan Maldonado of (Balber, Pickard Maldonado and Van Der Tuin; Attorney for Shanachie Records and it's General Manager Randall Grass claimed that Shanachie Records destroyed the physical CDs and removed the song from the internet so there was no reason to consent to my motion for Injunctive Relief evidence by **Exhibit A28** ( pgs 3-5 ). At the courts request the full Order can be provided.

**237.** I also submitted a Motion to Compel Ann Nesby and an Affirmation In Support of Motion on July 27, 2012 requesting that she produce documents concerning amounts owed to me because she

ignored the courts Order to do so given on April 13, 2012 annexed as **(Exhibit A29).** The court denied my Motion calling it Moot stating that Ann Nesby has already submitted information regarding her performances of "I Apologize" ( **Exhibit A28** page 4 ) which was a play on words by Judge Forrest for the record. Ann Nesby did not follow the Order of the court or the time frame in which to submit her evidence, she submitted it before Judge Forrest's Decision came forth which again shows Judge Forrest's bias and interference with prosecution of the defendants. What would the point of taking the time to write these Motions be if Ann Nesby had complied? Furthermore, I have never heard of a Grammy nominated song being performed only twice, especially within a five year period (between 2007 and 2012 ) as Ms. Nesby stated.

**238.** Ms. Nesby's husband Timothy Lee replied to my motion to compel on August 1, 2012 by sending a letter to chambers **(Exhibit A30),** proclaiming he and wife's innocence, stating that they did not know why I chose to attack them, rambling on that I ruined his wife's stellar reputation and that they are victims in all of this. Actually, I am the first independent artist to decide to put an end to Ann Nesby and her husbands thievery.

**239.** Mr. Lee went as far as to say that they haven't appeared in court within the past six months at that juncture, when in fact they never once appeared during the entire five year period of the action. Mr. Lee's letter to chamber's was nothing more than a ploy to stall submitting the documents concerning revenue for another purpose. They lied to the court repeatedly, but Judge Forrest accepted their word concerning all things . This defending couple does not have any issue with deviating from truth and deceiving the court at all.

**240.** I informed Judge Forrest that Ms. Nesby did not provide a full list of performances for the infringing song or the places that she was making revenue online, but I was basically ignored. In other words neither Ann Nesby or Shanachie Records disclosed the true amounts made from

"I Apologize" and they are making the very same attempts as recent as 2018 in hopes of hiding revenue once again. Attached is a one page document in which Ms. Nesby States that she only performed I Apologize twice annexed as **Exhibit A31**. Nothing but dishonesty spews from the defendants mouths, yet Ms. Nesby's Husband Timothy Lee claim that I ruined her stellar reputation when he is a component and facilitator of Ms. Nesby's lies and destructive behavior.

**241.** I annex a copy of Mr. Lee's Admissions and Denials as **Exhibit A32** that proves that Mr. Lee does not have any interest in being honest with the court. I also annexed a copy of a page from Ms. Nesby's website from 2007 **Exhibit A33**, which Mr. Lee published, promoting a few of Ann Nesby's performances at which she performed "I Apologize" prior to the courts request. Although this information was available on Ms. Nesby's website, they could not have cared less the defendants willfully deceived the court by stating that she only performed the song twice when her website clearly showed that there we more performance than Ms Nesby divulged to the court. There are many other places that she performed the infringing work that was not listed.

**242.** The aforementioned picture used on Ann Nesby's website in 2007 was quite weird to see. I submitted that photo with a comparison of mine through discovery also. Ms. Nesby's photo was taken in my likeness and it looks very much like mine from the pose, to the tilt of the head and more. What makes this so creepy, odd and inappropriate is that Ann Nesby put the infringing song "I Apologize on her CD "This Is love" as well. I feel as if I am staring in a version of single Black Female as the renter. However, I do not give consent.

**243.** The aforementioned photo was also taken by photographer Kevin Terell ( a long standing photographer for Shanachie) who was hired by Shanachie for "This Is Love" . My pictures were taken by another photographer. They were taken in 1998 long before Ann Nesby's photo shoot. I submitted these photos through Discovery also and proved that the photo shoot was premeditated and planned by

Shanachie because Kevin Terell also took several other photo shoots of artists for Shanachie. I annex the comparison pictures as **Exhibit A34** (2 pages). The photos placed Shanachie Records in the center of access, but shananchie was not charged with financing a stolen song with willful intent. Judge Forrest accepted Shanachie's plea of ignorance to these facts to protect Shanachie Entertainment's reputation.

**244.** Even after proving that the defendants are in fact liars, pillagers and thieves and submitting a motion for an Order of Protection and Injunctive Relief amongst other motions, my motions were denied. Therefore the defendants still won't stop coming , they have not stopped pursuing me without cause. I believe that one of the reasons for the online harassment is that there is a desire to take control of my catalog of songs.

**245.** Ms. Nesby's purpose for sabotaging and harassing me online is to stir things up for media attention, and in hopes of getting a hit record and a last Hooray at my expense. The defendant is also trying to vindicate herself of her previous and current wrong doings simultaneously.

**246 .** In an attempt to rewrite history and to incite incident with other corporations, in 2017 and 2018 defendants Ann Nesby, Justin Cooper, Timothy Lee, Shananchie Records, Tunecore and Marvment Entertainment concocted a plan to raise question by the public as to me begin the original creator of my composition It Will Never Happen Again. I am indeed the creator of " It will Never Happen Again". It was proven through tangible copy and additional facts in 08 civ 5791.The defendants are trying to reverse the situation. They have created new scenarios of the same type to try to disprove their first lies which have already been exposed

**247.** Upon Facts, evidence and knowledge, it is plain that Defendants Ann Nesby and her team do not have full control over the methods of which is chosen to inflict me as the previous and present claims draw much attention to the errors of officials. It is a controlled collaborated effort.

**248.** The spearhead of these crimes against me is using Ms. Nesby as an offensive position to draw me back into the courts attempting to make it a win win situation for all on their team. Apparently that has back fired. So what we have here is a group of Corporations, Corporate officials and individuals working for the court, working together to clean up their reputations and malicious acts against me, based on the crimes that thy have committed. They wish to reverse things to make it appear as if I were the culprit.The evidence of this is all over this claim . These conspirators have a collective goal of destroying me and my family which is plain because the torts have continued non stop for many years.

**249.** Now, the Federal questions raised are harassment, Cyber harassment and stalking, violation of civil rights and of the Constitution, infringement and all others listed in this claim. I am now put in position that demands that I prove my case which it calls for showing how I am constantly mistreated by Judges, Lawyers and corporations that are involved, showing how things and people are tied together which puts my life and the lives of my family at greater risk. For what, revenge, a catalogue of songs, something that someone may have done that I probably have never heard about, because of my blood line?

**250.** The court also stated that Ann Nesby submitted the equivalent of an affidavit **Exhibit A28**. What is the equivalent of an Affidavit ? You either swear to a matter or you don't and Ann Nesby did not because she once again lied about what was owed to me and where she performed . Judge Forrest was aware of this , which is why she prevented me from proving the truth of these matters as well as attested to Ann Nesby submitting an equivalent of an affidavit . This Affidavit did not exist on the record. Attached is Ann Nesby's "equivalent of an affidavit" **(Exhibit A31)** and a document scanned by the court showing that Ann Nesby did not submit an Affirmation of service/ Proof of service with her submission either, but it was accepted anyway. I have annexed the document as **Exhibit A35 .** The order to submit the aforementioned documents was not Ordered August 1, 2012 as Ann Nesby suggests. I am also suing

Ann nesby and all defendants involved owing royalties for the infringing song, "I Apologize " for retroactive revenue.

**251.** This matter of defendant Ann Nesby's failure to produce documents concerning revenue for "I Apologize" was really not about the absence of proof of service or the lack of an affidavit of truth. It was part of an elaborate scheme to ensure a Grand Ole' paid for favored in article in the New York Times. Ms. Nesby was told exactly when to submit her documents. The Article was published in The New York Times on August 18, 2012. I annex it as **Exhibit A36** . It is of no coincidence that Ann Nesby finally produced the documents on August 20, 2012, two days after the Article was published. These documents and others were deliberately withheld from public access to hide all of the unbelievable abuse that I endured for 5 years.

**252.** You can plainly see the planning and conspiring through (**Exhibit A35**) also. The upside down date stamp in the comment box stamped received by the Pro Se Office on August 28, 2012 shows that a release of Ann Nesby's falsified documents could not be viewed for more than a week after the buzz from the New York Times article settled down a bit. After the buzz died down, Ms Nesby and all involved could continue to produce any form of deceptive junk that they wanted to produce before the court without being found out by the masses and still appear to be upstanding, which they are not.

**253.** Ann Nesby clearly deceived the court about performing "I Apologize" only twice with both performances being Non-Paid . The revenue that she submitted was also fabricated . How would this look to readers of The New York Times should they have done any legal research through the court. The fact is, they could not do proper legal research on this matter, because public access of the Dockets were deliberately locked to hide the truth of matters.

**254.** Denying the public access to public documents intentionally, allowed defendants and officers of the

court to be painted in whatever light they chose in the media while they defamed my character and reputation. It would not have been difficult at all to write the article "A Suit Familiar and Remarkable" without one of the parties input and still report the truth , that is if you are at all interested in telling the truth. The article is nothing short of the typical offering of steering and preventing the public from making intelligent decisions about what really occurs. The New York Times is one of the most powerful vehicles in the world. Without it, One World Order would not be in place according to several sources. In fact The New York Times has been thanked for it's role.

**255. Exhibit A35** clearly states that Ann Nesby's submission would not be made available for public viewing. It would only be made available as a court- view only docket entry which Judge Forrest signed and gave consent to. The idea for this did not originate from the desk of the pro se office. Moreover, several other Docket links were also made unavailable, intentionally mis-docketed; and many of my submissions were not placed on the docket at all. I submitted a Notice on the Record to the Pro Se Office regarding this.

**256.** Ultimately the dockets were locked because the individual that favored in the space in the New York Times, wanted ground control. Even the online song snippets from the action that The New York Times directed links to were altered. They were not exactly what was submitted to the court. The Bogus and Court Charades continued.

**257.** Instead of fixing issues such as this, Court officials continue to uphold and support these problems until they are caught redhanded which is when they make adjustments, not authentic changes but adjustments. Most, are without respect for the lives and issues of the individuals that go before the court which is evidenced by my experiences with officials presented herein. Consequently, officials pad the problems with more lies and a sprinkle of law making even the loop holes of law of non effect. Their lies and misconduct are transparent. Officials continue to make a mockery of the injuries that they have

caused myself and other litigants to suffer. This kind of abuse is what creates the climate of greater mistrust in the legal system. It is very real.

**258.** The purpose of this New York Times article was also to give a grand show about how upstanding the defendants and Judges were and how I was sanctioned for a sum of $13,000.00 for failure to produce Discovery through the illegal and improper order of Magistrate Henry B. Pitman. Claims were made by Mr. Weiser that I sabotaged my own case, which I did not. I simply refused to be taken advantage of, and I continued voicing my rights through motions.

**259.** I in fact submitted a preponderance of evidence contrary to Benjamin Weiser'a statements. However, ego, reputation and the advancement of careers was primary for the Spearhead and defendants. Benjamin Weiser of The New York Times spinned everything he could fit into the article. I am refuting this by touching on just a few of the lies told and presented to the public against me in the article. I want to show the Court how things that Mr. Benjamin Weiser claimed in the article still affects my life today a number of years later in 2018. I pray that the court will recognize the pain, suffering and loss that I deal with because of the dishonesty and trickery of the spearhead, defendants party to this action, their Attorneys and Mr. Weiser.

**260.** It was Nate Sweber who followed me around at the end (for days) finally catching up with me in front of my building. I tried to avoid him but he ran after me and caught the door. I jumped on the elevator leaving him behind and before I knew it he was standing on the fifth floor landing asking for an interview and a picture, which is when I told him "Goodbye". Isn't this the climate that escalates confrontation; when someone tells a reporter to stop following them and they continue to pursue for the sake of a story?

**261.** In the New York times article, Mr. Benjamin Weiser stated that I did everything possible to

sabatoged my own claim by failing to appear for hearings or showed up late amongst other sensational phrases that he used . Although I do tend to show up late , I do not think that becoming ill in route to a conference and then turning back winding up in the emergency room is sabotoge, no less on my mother's birthday being diagnosed for the very first time as a new case of high blood pressure .The court also has made a habit of making my family appear on birthdays for ten years straight. This was a documented medical absence on the record which was caused by the undue burden and stress placed upon me from attempting to correct the bias and prejudice that I faced in the claim. The few times that I was late and the time that I was absent, you will find legitimate reasons not excuses on the record. If Mr. Weiser could go so far as to report this and the meride of lies that he told, it also means that he had access to the truth of every matter that he reported.

**262.** Mr. weiser had access to the audible conferences held by Magistrate Henry B. Pitman. In fact Magistrate Pitman even held an ex parte conference in my absence. I purchased the audible CD of the conference from Audible Records and placed the CD within notices and motions on the Docket. Mr. Weiser could have listened to the short audio CD's . Attorney for Shananchie Roger Juan Maldonado stated to the court that "Miss Harley has never been (early) to a conference...", using a play on words. That is something quite different than saying , Ms. Harley has been late to the conferences, which he did not and could not honestly say. Why didn't Mr. Weiser report that Mr. Melvin L. Reddick attorney for Vaughn Harper occasionally slipped into the court room late?

**263.** Mr. Weiser stated that I accused Judges of being bias which the record proves that they are. Why didn't Mr. Weiser report why I accused them of being biased or how I proved that they are? There is a way to write a story being fair and impartial, but Mr. Weiser appears to be a little too well knit into the legal system to do so.

**264.** Mr. Weiser stated that I was admonished in court to pay 13,000 in sanctions. What he did not

report is that both Shananchie Records and Vaugher Harper through their attorney's filed a Joint Motion against me for sanctions which was utterly ridiculous, two corporations ganging up on an individual falsifying receipts. I submitted W-9 form to each of the defendants to discern the truth of their monetary claims. Monetary sanction were dropped. This is one of the reasons that Judge Forrest rushed to close the case taking away my constitutional rights to a trial. Mr. Juan Maldonado wrote a letter to Judge Forrest asking that my request be denied knowing that a W-9 was not within Judge Forrest's Jurisdiction. My math shows me that monetary sanctions were still applied underhandedly. This information was available to Mr. Weiser.

**265.** Mr. Weiser really did not care to mention Shanachie Records name in his report, first referring to Shanachie as "A record company" which had nothing to do with writer styling but rather a choice of what Mr. Weiser wanted to report. You see the attempt to omit Shananchie Records again in Magistrate Pitmans opening of his Order. Once again we have corporations ganging up on a flesh and blood individuals.

**266.** Mr. Reddick failed to produce my request for Discovery from Mr. Harper, while at the same time petitioning the court for sanctions orally and through motions against for me for failure to do so. Attorney Reddick finally produced discovery for Vaughn Harper for the first time in court on December 10, 2010 handing it me in person in court while Magistrate Pitman witnessed this which was on the last altered date to submit Discovery. Mr. Reddick also mailed Mr. Harpers interrogatories on that same day as evidenced by the envelopes post mark date (December 10,2010 ). This left me absolutely no time to go over Vaughn Harper's Interrogatory submission to see if it was deficient. I mentioned this to the Magistrate on that day. Discovery was extended to December 31, 2010. What happened to a reported mention of that for the sake of right and wrong?

**267.** My interrogatories were no more vague than Mr. Harper's with the exception that I did not have an

attorney. I annex Vaughn Harper Interrogator Discovery is an extremely difficult process which I did not fully understand. I therefore consulted with an attorney who explained the discovery process to me and I re-submitted discovery once again. Magistrate Pitman was aware of these difficulties and stated that my errors were unintentional, but in his judgment against me he stated that my errors where malicious and intentional.

**268**. Magistrate Pitman through his Order stated that I was precluded from submitting any (additional) evidence at trial and ordered that I pay Shanachie, clearly because the preponderance of evidence that I submitted made Shananchie Records / Shanachie Entertainment look exactly like the gang of liars, pillager and thieves that they are proven to be and because. There was more evidence to come. If I had not submitted evidence, the word (additional evidence) would not have come into play. So that throws Mr. Weiser claims that I presented little in the way of evidence out the window. It was right there before Mr. Weiser, so why lie to the public? Therefore the theory of my non- compliance was absolutely unfair and unjust. I was a Pro se Litigant in a court of law, navigating in a foreign Sea , but I do know when an official is bias and partial. I commend any lawyer or attorney who goes through the discovery process without assistance, and actually does the work himself.

**269.** Although, I submitted more than enough evidence to win the case, the action was not fully adjudicated, and a trial was not given as by Judge Forrest stated there would be . Matters of my safety were still before the court as well as trying Defendant Vaughn Harper which never occurred because my constitutional right to a trial was taken away from me by Judge Forrest.

**270.** Magistrate Pitman did not have the case for dispositive orders as evidenced by **Exhibit A37,** but he also made threats of dismissing the action taking liberties that he did not have. Judge Forrest was aware of this which is the reason she intentionally interrupted me as as I began to state this at the April 13, 2012 conference as evidence by the transcript which states on page 26 lines 22-24 ( " ... And he

underlined this is an order , as it is an order, which he is not supposed to, and I did not consent to.") If I was allowed to finish my statement, I would have said I did not consent to a Magistrate for dispositive Orders. Judge Forrest did not want this on the record and was covering for Magistrate Pitman so she interrupted me. I believe that in addition to the magistrates bias and partiality , he was upset by the fact that I did not want a magistrate Judge acting over my case. I submitted a one sentence letter of objection to Judge William H. Pauley per his order stating that it must be a one sentence letter. While it is clear that most Judges do not want to deal with Pro Se litigants in general, I am not versed in law or in legal writing .In regard to the assignment of a magistrate, my decision was not personal , it was procedural and I did not consent to a magistrate for dispositive matters.

**271.** Attorneys Maldonado and Reddick moved the court for sanctions against me with all of my discovery attached to their joint motions to prevent me from adding addition evidence as well. That does not seem like little in the way of evidence, and every sweeping claim that I made was proven.

**272.** Attorney Melvin Reddick later tried to enter into the Appellate Court as counselor for Vaughn Harper. I have not seen record or evidence of Mr. Reddick being licensed to administer law in the Second Circuit or a proper application for admittance to do so at that time.

**273.** While it is true that some defendants were allowed to leave, it not was for failure to prosecute. Some of the defendants avoided service and others were illegally dismissed by Judge William H. Pauley

**274.** There was even an illegal dismissal of Ann Nesby's management team, Defendant Labor Force Management who was an indispensable party to the action which I placed on the record and proved through documentation evidenced as **Exhibits A38** ( 4 pages). **Page 1** is a handwritten Order by Judge Pauley extending time to Ann Nesby's corporations including Labor Force management, Informing the defendants that their company's must be represent by a Lawyer.**Page 2** is an invoice Serving Ann

Nesby and Labor Force Management. I had to hire a corporation to serve the two in Atlanta. **Page 3** is a Notice of the illegal Dismissal of Labor Force Management, an indispensable party.

**Page 4** is a copy of the Docket cover page, proving that Labor Force Management was illegally Terminated on August 22, 2008.

**275.** In other instances, the Marshall had not completed servicing each of the defendants three times, which I had absolutely no control over. I dropped WBLS, Immis communications from the lawsuit, because I did not want to sue the corporation for something that I knew that it's employee Vaughn Harper was directly responsible for at the time. However, it was within my legal right to sue WBLS. As previously mentioned and exhibited, I was a paying customer of WBLS, when DJ Vaughn Harper Spearheaded, aided, abetted and facilitated the crime. Why didn't Mr. Weiser state that the record proves that I in fact met with defendant Harper and submitted an audio phone call message from Mr. Harper to the court. The fact of a connection was confirmed by the court, but Mr. Harper stated that he had never met me in his interview with The New York Times .

**275.** The evidence was there in the record and since Mr. Weiser reported information from the April 13, 2012 conference, he knew that those facts existed and were proven. Clearly Mr. Weiser had ample time and privilege to view the records as a reporter (not public). He stated that he saw Court papers at least a couple of times in his article. I believe that ability to keep an article relevant and interesting while telling the truth displays the measure of talent and integrity of both a reporter and writer. Reporters and writers have a fiduciary responsibility to be honest with the public.

**276.** Mr. Weiser stated that I submitted a complaint riddled with misspelling and grammatical errors, further defaming my character. While it may be true that I from time to time misspell words like the rest of America, Mr. Weiser's intentions is clear . The issue with this is that Mr. Weiser has now left my life open for attack by the conspiring Spearhead and defendants to float around on the internet posting

things with misspelling causing it to appear as if I was the one who posted them. For example, the post in which, the defendants try to assume my identity is full of misspelling and grammatical errors which I annexed as **Exhibit B1.** Many post were created and published on the world wide web via my websites by the defendants when they illegally entered. The New York Times article still remains online in 2018 .

**277.** Mr. Weiser's statement about misspelling and Grammatical errors are based on King James English I suppose. Perhaps my mind is rejecting the spell on spelling and the curse on cursive and reading from left to right instead of right to left. Show me fifty percent of attorneys that write their own briefs and I will show you fifty percent of attorney's whose brief's contain misspelled words and grammatical errors

**278.** Perhaps Mr. Weiser should have reported how I was stalked for more than two months straight by reporters to give The New York times an interview. I guess Mr. Weiser forgot that. Mr. Weiser should have reported that a middle aged white male jumped out of a car and entered a park in Long Island City without a child to accompany him, holding a baseball mitt in hand while I was out playing a game of catch with my young relative . The man then had the audacity to attempt to join our game and ask for an interview . Where is the protocol in that ? It is clear that I have reason to add evidence such as The New York Times Article. Although the article was written seven years ago is still negatively affecting my life today.

**279.** Mr. Weiser never reported how the New York Times hand delivered a letter to an individual Agent who goes by the name of Karen Tejeda from apt 6A. Out of all the individuals residing in my building the New York Times goes straight to an Agent, to deliver a letter to me. Agent Tejeda has been reprimanded out loud for disclosing her identity by two agents who have been stalking my family for many years. I have no allegiance to Ms. Tejeda or her children whom are sent out regularly to follow and report the comings and going of my family leaving from her 6A apartment as well as their apartment in the adjacent building. In fact I am not certain of her legal name. Andy the Postman regularly yells up to the

sixth floor saying " Joella get down here" and if she takes too long he yells" Joella, get the f - - - down here".

**280**. Mr. Weiser stated that Judge Forrest "cited" the evidence, pointing out that in the notes on Ms. Nesby's CD Cover , she thanked among others, Mr Harper..." . If it were true that I produced very little in the way of evidence yet made sweeping claims and was sanctioned for failure to produce discover, there would not be record of me producing this major piece of evidence proving the connection between Vaughn Harper and Ann Nesby. I proved this long before Judge Forrest presided over the action. In fact I informed Judge Forrest of this in my Motion to Recuse her, which was stamp dated by the Pro Se office January 10, 2012. This evidence was listed on page 23 of that Motion and page 31 of my Discovery submitted in 2010. This was pointed out well before the April 13, 2012 conference. As stated in my Complaint, I purchased a copy of defendant Ann Nesby's CD containing the infringing song which help to satisfy Diversity of Citizenship and discovered it affixed at that juncture. So what meaning of cited does Mr. Weiser refer to?

**281.** As for Shanachie Records, this evidence floated in their motion very darkly printed and pretty much unreadable which I annex as **Exhibit A39** (3 pages) . I don't even know why the court accepted such unreadable documents from the established law firm of Balber Pickard Maldonado and Van Der Tuin. At the very least a Judge should be interest in reading the evidence presented for the sake of understanding, but She did not care to for two reasons. I enlarged my own copy of the back of Ann Nesby's CD cover which I again pointed out as a part of my (Motion In Opposition to Summary Judgment In Part, But Rather To Go To Trial) . **Exhibit A20**

**282.** Although I submitted a <u>Motion in Opposition **(Against)** Summary Judgment , But **Rather to go to Trial**</u>, which the record clearly shows as evidenced by **Exhibit A40,** Judge Forrest acted as though this motion was not clear and treated the motion as a request for summary Judgment which it was not.

Mr. Maldonado was aware of this as he repeatedly stated that my motion was **Against** Summary Judgment but rather to go to trial. I was not the movant and Judge Forrest knew this which is why she demanded that I was, because her quiet plan was to take away my constitutional right to a trial. I have never seen the word **Against** equate as the meaning of the word **For** at any time. My motion also states Opposition. What about the root word Oppose means For? Absolutely nothing. I had no choice other than to reply to the motion , otherwise the motion would have gone unchallenged.

**283.** It was not that Mr. Maldonado wanted to tell the truth, but telling the truth benefited him in this instance. Attorney Maldonado and I were both taken aback on that day for different reasons.
Mr. Maldonado was expecting a win and I was expecting a status conference. Judge Forrest did what was in the best interest of her career because I sent a Complaint/Brief to the New York State Commission On Judicial Conduct Dated April 12, 2012 one day before the April 13, 2012 Ruling evidenced by **Exhibit A41.** Judge Forrest was obviously informed about this. In a right standing Judicial System, such a complaint would have been forwarded and not withheld within a network of deception.
How good is a Grievance /Complaint when the Judge that is giving you grief served moments before on the New York State Appellate Disciplinary Committee ? Thats just like me saying," self, don't be bad or I'm going to discipline you".

**284.** I received a letter from the Commission On Judicial Conduct Dated May 1, 2012 which is the same day that Judge Forrest wrote an Order pushing a second summary Judgment as a way to cancel my trial date, thereby interfering with my constitutional rights and acting totally in her personal capasity.

**285.** I received a reply letter dated June 25, 2012, from the Commission on Judicial Conduct in Albany evidenced by **Exhibit A42 .** I was informed that the commission does not have Jurisdiction over Federal Judges and that my Complaint was dismissed.

**286.** I informed the Second Circuit Court of Appeals within several Appeal Documents about the Conduct and Behavior of Judge Forrest providing the **index Number 2012/N 0321** which the Commission issued to me. I pointed out to the Second Circuit that they have now been informed about Judge Forrest so the responsibility to contain and discipline this Officer of the Public was within their hands. Nothing was done about this Judge Forrest. My appeal was dismissed on a so called filing technicality and stricken from the record. I annex the cover of one of my submission to the United States Court Of Appeals for the Second Circuit, which is about 200 pages as **Exhibit A43**

**287.** I was not prepared for the Ruling on April 13, 2012 because it was supposed to be a status conference and not a Summary Judgment Ruling as evidenced by **Exhibit A44.** The status conference was rescheduled for April 13, 2012 because once again, on January 12, 2012 defendant Ann Nesby and her husband failed to appear. I was approximately 15 minutes late on January 12, 2012 because I was at the Pro se office waiting to assure that Judge Forrest had indeed received my **Motion for Recusal** which she addressed on that day. Based on my experience with the Court, Judges usually state "I don't have it before me", so I wanted to be sure that Judge Forrest had the motion in hand before I entered the court room. Furthermore, There was no prior application made for oral argument by either side for what turned out to be a Ruling, but Mr. Maldonado argued for Shanachie the entire meeting. The Rules state that an application for oral argument must be made. Because was I acting Pro Se, the attorneys took advantage of this cheating and bended the rules regularly.

**288.** My complaint stated that I have concern for my safety much of the time. I informed the court that the defendants were gangsters and petitioned the Court for an order of protection which was denied. I expressed this on the record but Judge Forrest dismissed my claims and pushed a second Summary Judgment after setting trial dates **July 23 and 24, 2012 at the April 13, 2012** Ruling, evidenced by **Exhibit A45,** knowing that she had no intention of facilitating such a trial.

**289.** Judge Forrest stated on April 13, 2012 as evidence by the Transcript page 28 {" why don't we do this. Ms. Harley, why don't you let us know within a few days or a week whether or not you want us to have pro bono counsel appointed. If you do, there is a roster of lawyers who take on cases and the Court would then appoint somebody who can then represent you in the mediation as well and perhaps also for trial."} I was told to send a letter to the court by **April 19, 2012** which I did . The letter is annexed as **Exhibit A46.** I explained in the letter that I did not know if I would need an attorney at that time because I did not understand the ruling, because I noticed that it had been changed Furthermore, documents concerning revenue owed to me had not been submitted. They were Ordered to be submitted by May 31, 2012. What would the point of hiring a lawyer be, at that juncture to collect a then unknown amount of maybe five cents. What would I share, half of nothing and then end up owing a Lawyer ? Judge Forrest also suggested that I could obtain my own Counsel.

**290.** Within the my April 19, 2012 letter, I asked Judge Forrest to explain what her ruling meant, because I noticed that the ruling was different from the April 13, 2012 Ruling. This was brought to my attention through an Order that was signed April 13, 2012 , the same day of the ruling. The Order was date filed stated on April 16, 2012.

**291.** In my letter dated April 19, I stated that I was unable to afford another transcript, seeing as how Judge Forrest does not like to repeat herself. This is when Judge Forrest Tampered with a Federal Document, ( the Transcript) because she knew that I could not afford one. However, although I was unable to afford another transcript , I purchased the April 13, 2012 Ruling anyway. Judge Forrest is responsible for the Butchering of this Transcript. Anyone that reads its it can see that it was tampered with. I could continue on about the preponderance of evidence that I have concerning this, but it would take far too long. I even filed a Notice stating that the April 13, 2012 Transcript had been tampered with. I

submitted this information within numerous documents as well.

**292.** The Tampering of a transcript is something that is widely spread amongst constituents within a Court of law. I even posted this information on the internet because I could not receive help or Justice within the Court system and to protect myself, which it did to some extent. I even placed it on Scribed, so there is no way that this court or the second circuit can pretend that they are not aware of Judge Forrest criminal activities. As a rule, the Appellant Division is supposed to take action when information about a Federal Judge reaches the masses through publication. The court did not, so this Judge continued on ruining my life. I even submitted news paper publications to the court about this Justice and no action was taken. It is clear to me now the publications that I submitted were written by those who work for the court system to pursuade that masses into having confidence in Judges who are in contradiction with the (public) oaths that they have sworn to uphold.

**293.** On April 13, 2012 Judge Forrest issued an Order which was dated filed as **April 16, 2012**, causing the record to reflect as if I had filed for summary Judgment. This was placed on the record before April 19, 2012, which was the day that I was Ordered to submit my response regarding representation. This Order continued to give the illusion that a trial would be held ,evidenced by **Exhibit A47.**

**294.** On **April 30 2012** Judge Forrest Issued her Memorandum & Order concluding on pages 17 and 18 that "Plaintiff shall submit a letter to the Court regarding whether she requests Pro Bono counsel (which the Court cannot guarantee) no later than May 10, 2012. The Order regarding the trial on damages of the action and scheduled for defendants provision of certain materials issued April 16, 2012 ( DKT. No 101) remains in full force and effect".

**295.** One day later on May 1, 2012, after Judge forrest directed focus toward ( DKT No. 101) , which is the April 16th Order , I was sent an Order from Judge Forrest pushing for a second summary Judgment

which I annex as **Exhibit A48** . The Order is dated May 1, 2012 and dated filed on May 1, 2012. The Letter from the New York State Commission On Judicial Conduct is also dated May 1, 2012. This is plain to see to anyone who cares or practices to uphold the Constitution, that my right to a trial was snatched away from me. Of course this was done on May 1st because the Media would report information about the case, such as the Summary Judgment rulings and all event until the publishing of the Memorandum and Order released On April 30 2012. That was as long as Judge Forrest needed to fake proper behavior and conduct. Judge Forrest acted totally out of the scope of Jurisdiction, deceiving the court, the American public and me.

**296.** When I requested and demanded my right to a trial, via a Notice of Demand For Trial Dated May 12, 2012 evidenced by **Exhibit A49,** Judge Forrest stated that there were time constraints to consider as seen in **Exhibit A50,** in which she tries to place blame on the process of Mediation for taking away my constitutional right to vote. I did not consent to Mediation. This occurred after Judge Forrest stated that If I obtained Counsel or the court appointed someone from its roster of Lawyers, she would allow counsel to get up to speed and even allow for a slight Adjournment from the date of trial. But suddenly in a letter, from Judge Forrest dated June 1, 2012 and Filed Dated June 4, 2012, Judge Forrest Ordered [ "Having inquired into the timing issues, the Court finds that mediation would substantially delay ultimate resolution of the matter, so will decide the summary judgment motion on damages when it is fully briefed. The Parties, of course, my engage in settlement discussion as they see fit"].

**297.** I informed the court that someone is trying to kill me while the opportunity was still available to the court to try to adjudicate the matter. Judge Forrest did absolutely nothing to see if this is true or to try to prevent a crime. The answer from the Judge still remained the same, which was that the court doesn't have the time to give me a trial which is illegal. There is a huge difference between a right to a speedy trial and a Judge expediently dismissing ones constitutional right to a trial.

**298** Mr. Weiser of The New York Times based part of his findings on the April 13, 2012 conference in which both a trial and a Lawyer was offered to me. That offer and Right was taken back after the world stop looking and the media show was over. As a public servant, it is a Judges duty to serve and protect citizens through rulings if an issue is brought before her .There is something very wrong with this.

**299.** On April 13, 2012 the court stated that it had (access) before it and that the defendants were properly put on notice of the infringement which raises willful intent, aiding abetting and facilitating a crime as evidence by theTranscript (page 20 lines 1-7). The court had enough to charge Shanchie with access, aiding abetting and facilitating a crime which is further evidence by **Exhibit A51** , Shanchie's Recording agreement with Ann nesby page 1 article 3 which states **(a)** The parties shall mutually discuss the producer, concept and selections to be recorded on the Master Recordings comprising each Album, all of which elements shall be subject to Company's approval, which shall not be unreasonably withheld). I informed the court of this, and the court did nothing to send a message to Shanachie that the Justice System is concerned with preserving the Civil Rights of it's Citizens his personage and property and will not tolerate or allow a corporation to further heist from an Individuals in a less fortunate financial class by way of legal process through it's Counsel. So here I am once again before the court confronted with the same injustice, perpetrated by the same corporations and defendants joined by others because Judge Forrest refused to do the Job that she swore to do.

**300.** Ms. Nesby and Timothy Lee and their respective companies, did whatever they pleased throughout the entire action as if appearing in court is an option. This is a matter prosecutable by the court on it's own Motion, even in the absence of a motion from a plaintiff. The defendants should have been held in contempt of court with willful, failure to obey an order of the court. Yet I was threatened by Judge Forrest with contempt of court for my honesty in my Motion to Recuse her .

**301.** The court accepted the Order of Magistrate Henry B. Pitman which prevented me from presenting any further evidence at trial. This was improperly and unfairly decided, especially because there was a new presiding Judge. The slate should have been wiped clean. There are a number of rules proving this which I presented to the court.

**302.** Magistrate Henry B. Pitman initially issued and Order on January 31, 2011 regarding sanctions to which Counsel for Shanachie Records and Vaughn Harper submitted their brief for sanctions against me. I replied with my motion stating that I was not in any way activating the non- compliant motion of counsel of Shanachie and Harper. Nearly a year later on December 12, 2011 , Three days before matters were to proceed before Judge Forrest Magistrate Pitman emerged out of the blue and entered his invalid Opinion And Order in favor of the defendants Evidenced by **Exhibit A52.** The motion for sanction was not adjudicated, yet Magistrate Pitman decided he would move the Opinion and Order through illegally. with the assistance of Judge Forrest.

**303.** Judge Forrest acted as if time constraint was of a priority when it came to my right to a trial, but the court stalled the action approximately a year after Magistrate Pitman imposed sanctions against me and resumed the Order a year later when Judge Forrest became the newly presiding Judge. Magistrate Pitman was assistance with this move by of Judge Forrest. Evidenced by **Exhibit A53** which is an Order from Judge Forrest.

**304**. Desperate to impose sanction upon me and appear righteous in The New York Times Article, after the April 13, 2012 conference and April 30, 2012 Order on May 2, 2012 Magistrate Pitman issued Yet another Opinion and Order granting Balber Pickard , Maldonado & Van Der Tuin Approximately 12,000 and Attorney for Vaughn Harper over $1,000 in fees and court cost. evidenced by **Exhibit A54** I had to oppose this as well. Judge Forrest tried to force me into an application for her to revisit those sanction, so that she could entrap me into accepting sanctions of over 13,000 on a dead issue that was wrong to try to

do in the first place evidenced by **Exhibit A55** in which Judge Forrest states on pages 24 and 25 lines 16 -25 of the Transcript. *"just yes you are, You're making an application for essentially a late reconsideration of that"* Judge Forrest did not have that right outside my consent. The Judge was not trying to help me, she was trying to hurt me. It was all quite orchestrated.

**305.** his is how Judge Forrest revisited the matter as she stated she would on page 24- 25 of the Transcript . I declined Magistrate Pitmans offer through a Motion. There is clearly something wrong with the Judicial system when you see Judges granting court cost and fee to attorneys who have broken Federal laws , perjured themselves and whose clients have been proven to have done the same. All of this against a Pro Se Litigant who is navigating through the system.

**306.** Magistrate Pitman also informed me that he had not exhausted the options and remedies that he could inforce against me although he did not have the action for dispositive matters.

**307.** I provided the Court with the Audio Transcript which I purchased from the Court, proving that Magistrate Pitman held an ex parte conference without me.

**308.** Going back, Attorney Maldonado along with the other defendants got away with everything, so much so, that Mr. Maldonado had the audacity to submit a literal photo copy of a tape and CD and tried to pass it off on the record a tangible audio recordings. Continuing on with the charades,

Mr. Maldonado stated that he submitted a copy of the tape to the court for Shanachie 's which he did not. No one would believe this unless they saw it with their own eyes. It reads pretty well on the record as Mr. Maldonado stated (" I have submitted a copy of the tape...") . I annex the pictures of the tape as **Exhibit A56** .

**309.** Attorney Maldonado would have gotten away with it had I not written to Judge Forrest stating that

"No one can Listen to a piece of paper". It was through exparte communication that Shananchie was instructed to submit the recordings to the court because I never received a reply from Judge Forrest concerning this. Judge Forrest stated that the court requested that Shanchie submit actual tangible tape recordings in the April 30, 2012 Ruling Pg 3 lines 9- 19. This is a Magna Cum Laude Attorney who petitioned the court for sanctions against me for his client and for his own attorney fees.

**310.** Moreover the photo copies of the tapes that Mr. Maldonado submitted in his motion did not contain Shanachie's page evidence numbers, they were simply stuck in Shanachie's brief and could not be missed if removed later because of this . I cannot say for sure why the photo copies did not contain evidence numbers, but it looked as if Mr. Maldonado intended to have them removed from the Record without a trace because he also did not include the recording. The Tape and CD submitted by Mr. Roosevelt George would be an embarrassment to any Attorney. Yet I was consider to be the non-compliant plaintiff.

**311.** Mr. Maldonado also did not submit a copyright registration for the infringing song " I Apologize", I had to submit both my Copyright and Shanchies Copyright to the Court. Shanachie did not want to submit it's illegal fraudulent copyright, because they were hiding the registration under a fictitious name. Shanachie Records submitted the copyright to the Library of congress committing fraud under the title "This Is Lava" evidenced by **Exhibit A57.** Ann Nesby's CD is in fact entitled "This Is Love" . I informed the court of this and nothing was done about it. This is not Shanachie's custom to register an album in this manner all though it is a known fact that they have stolen from many others artists music as well. I also proved this before the court. Shanachie Registered the Album that way because the song was indeed "hot," (Lava) meaning hot, meaning stolen. Shananchie Entertainment knew that they were be liable for access to my ten song CD and my image and did not want to pay for the infringement.

**312.** I annex the copyright that shanachie finally submitted to the court after the April 13, 2012 Ruling

dated June 11, 2012 as **Exhibit A58** (4 Pages). Notice how Shanachie Entertainment is trying to hide the page number which should read (SHAN -121) but it is" conveniently disturbed" at the bottom of the page. Pages SHAN- 118 - 120 are in tact. I annex them also. This was done because Shanachie intended to remove it's illegal copyright from the record by taking this page out of the record. I brought this to the attention of the court. Judge Forrest did not say one word about the way the copyright was illegally registered thereby protecting the corporation. This is the center of the claim regarding the infringement.

**313.** In Essence Judge Forrest Judged from the bench acting as a lawyer for the defendants throughout the case and was bias and partial in favor of her fellow bar associates. The defendants were the "untouchables" . Once again, why would a Judge accept the testimony of defendants who were proven to have deceived the Court during the entire action when I was proven to have told the truth in everything that I alleged in my claim.

**314**. The defendants had absolutely no credibility and Shanachie Records did not provide any proof of destroying the physical CD's at all which they claimed. However, a declaration from shanachie records manager was sufficient enough to Judge Forrest to deny my motion. It is beyond me how the self serving declarations of Roger Maldonado and Randall Grass were acceptable . Why would the General Manager of Shananchie Records Randall Grass find the need to object to my motion for Injunctive relief if Shanchie Records claimed to have removed " I Apologize" from the internet, destroyed all Physical CD's containing I Apologize and ceased all sales of the song as stated in **Exhibit A59** ( DKT #'s 146 and 147). It would have been just as easy for Shanachie to agree with the motion for injunctive relief. The answer is that they did not cease selling the infringing work " I Apologize" and planned on selling the "I Apologize" again in the future when all was forgotten. The defendants did just that.

**315.** I present this new claim to the court against Shanachie Records for it's recent infringements and retroactive royalties owed to me by Shanachie, Ann Nesby and Roosevelt George, Mr. Perry's Music

Publishing ,Still Small Voice publishing all heirs and assignees. I pray the the court will receive this claim and place it on the docket in the interest of justice .

**316.** I believe that if my Motion To Recuse/ Disqualify Judge Katherine B. Forrest were properly weighed, my life would be quite different. I annex my Motion To Recuse Judge Forrest as **Exhibit A60.** Judge Forrest refused to Recuse herself and she did not have the inherent discretion not to disqualify herself. Judge Forrest was known to have worked for the same record company (Universal Music Group) during the same time that Ann Nesby was signed Universal.

**317.** I later became aware that other litigant in separate actions, in the United State Court Southern District before Judge Forrest were experiencing the same issues and difficulties as well as evidenced by **Exhibit A61** which is a newspaper article by the writer Ericq Gardner , Ericq spelled with the letter Q.

**318.** I did not mention that I knew that Judge Forrest worked for Universal during the time that Ann Nesby was signed to Universal within my Motion to Recuse her, because I thought that it would be embarrassing for the Judge., However Judge Forrest does not have any concern for litigants such as myself. This Justice has caused me great set back and pain and has inferered with my pursuit of happiness leaving me with great want and need. However, there were many other things that occurred within the action that gave me Just and proper cause to demand Recusal of Judge Forrest even in the short month or so that she presided before I submitted the Recusal. I was not looking to make any waves, but I wanted a Judge who was capable of being fair, non bias, and partial in favor of her fellow bar member, but Judge Forrest refused to recuse herself. I am seeking disbarrment and compensation for torts caused by this Justice. I want Ms. Forrest to be removed from the Federal Court as a Judge , **Never** to return to any court seat again to harm anyone else.

**319.** Although I had a preponderance of evidence and was honest in my complaint , I won the

suit only because God willed it so. Had that not been the case, I would have been lost in the frey just like the majority of artists who are stolen from on a regular bases who present their claims before the court .

**320.** Because the Spearhead and defendants of these crimes against me have absolutely no respect for human life or the Judicial system whatsoever, and take no issue with deceiving the court or harming others, here I am again, back in The Southern District of New York submitting a new complaint against the previous defendants and a group of new of individuals and Corporations.They shall not have the things that I have desired when I have prayed. Get out of my garden in the name of YHWH !

**321.** In an attempt to rewrite history and to incite incident with other corporations, in 2017 and 2018 and at other times, the defendants and Spearhead concocted a plan to raise question to the public as to me begin the original creator of my composition "It Will Never Happen Again" I am indeed the creator of " It will Never Happen Again" as was proven through tangible copy and additional facts in 08 Civ 5791. The defendants have tried to reverse the situation creating new scenarios of the same type to try to disprove the truth and thereby give the illusion that their lies, which have already been exposed are facts which they are not.

**322.** My family and me are followed and stalked everywhere that we go, and I have been blackballed in the music industrial which is basically what I have known since childhood.The defendant have destroy my friendships and connections, they have created enemies against me prevented me from having any assistance and allies to solve the issue that they have caused. They wanted me to withdraw from society for lack of trust in people and want me out of the public eye so that they can accomplish what ever they please concerning me without questions being raised by anyone

**323.** While the conspirator of these crimes against me continues to delegate specific instructions to each defending party to this action and to others, placeing false evidence against me and for me to use in

this case, I shall live and not die to perform the works of the Lord. Victory is mine says the Lord thy God YHWH.

It came to my attention two days ago that Judge Katherine B. Forrest resigned from her position as a United Stated Federal Judge on September 11, 2018. Judge Forrest was Nominated by President Barak Obama and confirmed on October 13, 2011. A City or State Official who resigns must give thirty days notice to the public and their office is still active until that time period has expired. Seeing that today is October, 10, 2018 Judge Forrest is still an active Judge of the United States Supreme Court. Judge Forrest is trying to slip out of her corporate veil to escape this claim and the damages that she has caused me stated herein. I am asking that Judge katherine B. Forrest be tried within her corporate veil since this claim is summited to this Supreme court in which continues to sit. She must pay for her crimes and not escape the law and justice.

**Related Claims:**

I am sueing all defendants for Breach of Contract, Fraud, Theft, Liability , damages, injury, Intentional Infliction of Emotional distress, Tortious Interference, Unjust Enrichment, Interference with Business Relationships, Emotional Distress, Statutory damages, Access, Freedom of Speech, Freedom of religion, Five freedoms, Right to pursue happiness, interference with Commerce, Aggravated online assault, Online Bullying, Cyber aggravated harassment, Conspiracy, Organized crime, Treason, Aiding abetting and facilitating a crime, Email Tampering, Forgery, invasion of privacy, Computer Tracking, Computer invasion, Home invasion, illegal Surveillance and white collar crime.

===========

**IV. Injuries**

1. Loss of time- the most precious commodity
2. Loss of good health
3. Loss of finances
4. Loss of reputation
5. Loss of success
6. Emotional distress
7. Pain and suffering
8. Loss of wages due to the defendants interference
9. Emotional damage and distress
10. Loss of association
11. Loss of earnings

The injuries that I sustain from the defendants are Breach of Contract, Fraud, Theft Liability to damages, injury, Intentional Infliction of Emotional distress, Tortious Interference, Unjust Enrichment, Interference with Business Relationships, Emotional Distress, Statutory damages, Access, Freedom of Speech, Freedom of religion, Five freedoms, Right to pursue happiness, interference with Commerce, Aggravated online assault, Online Bullying, Cyber aggravated harassment, Conspiracy, Organized crime, Treason, Aiding abetting and facilitating a crime, Email Tampering, Forgery, invasion of privacy, Computer Tracking, Computer invasion, illegal Surveillance , white collar crime. Violation of Civil rights and torts.

**V. Relief**

I beseech the Court to grant as relief of the Crimes perpetrated upon me by the defendants

the following:

1. I am suing STARDOME DIGITAL MEDIA LLC. , STARDOME MEDIA GROUP LLC., which carries the Trademark and website of STREAMLICENSING.COM for Fifty seven million dollars ($ 57,000,000)

2. Reversal of the callsigns WLIC -DB and WLIC which it and it's affiliates are illegally operating under the auspices of.

3. I am suing Anthony M. Hernandez in his individual capacity for his willful participation in this conspiracy for the sum of ($ 57,000,000)

Oi2 MEDIA CORPORATION

4. I am suing Paul Merrell in his individual capasity for the sum of ($ 57,000,000)

5 . ONLINE RADIO MUSIC BOX

6. National Association of Digital Broadcasters - NADB- INTERNET RADIO UNIFORM CALLSIGN-

for the sum of ($ 57,000,000)

7 . I am suing SHOUTCHEAP INCORPORATE, SHOUT CAST, for the sum of ($ 57,000,000)

21. GODADDY LLC- Delaware for 57,000,000

23. I am suing Shanachie Records for 57,000,000 and royalties owed, malicious intent, pain and suffering, statutory damages, damages, loss of reputation, copyright infringement

24. I am suing Ann Nesby for loss of reputation, intention infliction of emotional distress, pain and suffering copyright infringement, cyber stalking, publishing rights to I Apologize and $57,000,000

25. I am asking that the court Order the defendant to cease and desist from all harasement,

26. I am seeking a declartoy judgement.

I Peggy Harley Declare that the foregoing is true and correct. Signed this 10 day of october 2018

Dated: October 10, 2018
Long Island City,
New York 11101

Peggy Harley

Peggy Harley