Case 19-3000, Document 30, 01/13/2020, 2751247, Page1 of 2
N.Y.S.D. Case #
18-cv-9528(CM)

**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of October, two thousand and nineteen,

---

**ORDER**
Docket Number: 19-3000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: Jan 14 2021

Peggy Harley,

Plaintiff - Appellant,

v.

StreamLicensing Networks LLC, ShoutCheap Investment Group, Inc., Oi2Go Media Technologies, Inc., Anthony M. Hernandez, Stardome Digital Media LLC, GoDaddy, Inc., Internet Radio Uniform Callsign, Ann Nesby, Timothy W. Lee, Shanachie Entertainment Corporation, Access Self Storage, Access Management Company,

Defendants - Appellees,

Paul Merrell, Carlos J. Rivera, Stardome Media Group LLC, Shanachie Records, National Association of Digital Broadcasters LLC, It's Time Child Records LLC, Labor Force Management, Justin Cooper, JOC Media, Roosevelt George, Perry Music Publishing, Still Small Voice Publishing, Michael Sosania, Calvery Christian Fellowship of Cumberland Company, Ehost LLC, Endurance International Group, Michael Kraines, Heirs and assignees of parties both individual and corporate,

Defendants.

---

A notice of appeal was filed on September 16, 2019. The filing fee of $505.00 was due to be paid to the district court by October 11, 2019. The case is deemed in default.

MANDATE ISSUED ON 01/13/2020

Instructions for moving for *in forma pauperis* status are provided in the Court's instructions entitled "*How to Appeal a Civil Case in the United States Court of Appeals for the Second Circuit*". The manual and the forms required to file the motion are enclosed with this order. They are also available on the Court's website www.ca2.uscourts.gov.

IT IS HEREBY ORDERED that the appeal is dismissed effective November 12, 2019 unless by that date appellant either pays the fee in full, moves for *in forma pauperis* status in district court or, if district court has denied *in forma pauperis* status, moves in this Court for *in forma pauperis* status. If appellant has filed the motion in district court and the motion is pending, appellant must so advise this Court in writing by the same date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit